| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **Delaware** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Centaur, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Centaur Indiana, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No. Complete EIN<br>(if more than one, state all): **33-1038148** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No. Complete EIN. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**10 W. Market Street, Suite 200**<br>**Indianapolis, IN**<br>ZIP CODE **46204** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: **Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other
**Racing and Gaming**

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3 A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).

■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:*
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors*

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ■<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets*

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ■<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities*

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ■<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

* Represents consolidated financial information for Centaur, LLC and its affiliated debtors as set forth on Annex "A". This does not constitute a statement or admission as to the assets or liabilities of any of the debtor entities individually.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Centaur, LLC** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Annex "A"** | Case Number: | Date Filed: |
| District: **District of Delaware** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>      Signature of Attorney for Debtors      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                      _____<br>                      (Name of landlord that obtained judgment)

                      _____<br>                      (Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l))..

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Centaur, LLC** |
|---|---|

| **Signatures** | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Jeffrey M. Schlerf**
Printed Name of Attorney for Debtor(s)

Michael C. Shepherd
WHITE & CASE LLP
200 S. Biscayne Blvd., Suite 4900
Miami, Florida 33131
Phone: (305) 371-2700
Fax: (305) 358-5744

Jeffrey M. Schlerf (No. 3047)
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Phone: (302) 654-7444
Fax: (302) 658-6395

Date: March 6, 2010

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is correct.

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Kurt E. Wilson**
Printed Name of Authorized Individual

**Executive Vice President and Chief Financial Officer**
Title of Authorized Individual

**March 6, 2010**
Date

---

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Annex A

### Bankruptcy Cases Concurrently Filed By
### Any Partner or Affiliate of the Debtor

Each of the affiliated entities listed below filed in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C., et seq. (the "Bankruptcy Code"):

Centaur, LLC

Centaur Colorado, LLC

Centaur Indiana, LLC

Centaur Racing, LLC

Hoosier Park, L.P.

HP Dining & Entertainment, LLC

Centaur Pennsylvania, LLC

VVD Properties General Partner, LLC

Valley View Downs GP, LLC

VVD Properties, LP

Centaur PA Land Management, LLC

Centaur PA Land General Partner, LP

In addition, at the time of the filing of these voluntary petitions, these entities (the "Debtors") collectively filed a motion seeking entry of an order jointly administering and consolidating, for administrative purposes only, these chapter 11 cases.[1]

---

[1]     On October 28, 2009, two affiliates of the Debtors, Centaur PA Land, LP and Valley View Downs, LP (together, the "First Filed Debtors"), each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. By Order dated October 30, 2009, the cases of the First Filed Debtors are being jointly administered, for administrative purposes only, under Case No. 09-13760 (KJC). The Debtors are seeking joint administration of their chapter 11 cases, for administrative purposes only, with those of the First Filed Debtors under Case No. 09-13760 (KJC).

# WRITTEN CONSENT
## OF THE BOARD OF MANAGERS OF
## CENTAUR GAMING, LLC
### AS OF MARCH 6, 2010

The undersigned, being the entire Board of Managers (the "Board") of Centaur Gaming, LLC, (the "Company"), does hereby adopt the following resolutions:

WHEREAS, the Company is the sole manager of Centaur, LLC; and

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Board, Centaur, LLC's current circumstances regarding financial liquidity; and

WHEREAS, Centaur, LLC is the sole manager of Centaur Colorado, LLC, Centaur Pennsylvania, LLC, Centaur Indiana, LLC, Centaur Racing, LLC, HP Dinning & Entertainment, LLC, VVD Properties General Partner, LLC, Valley View Downs GP, LLC, and Centaur PA Land Management LLC's (the "Managed Entities"); and

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Board, the Managed Entities current circumstances regarding financial liquidity; and

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Board and the Company the need to file a disclosure statement (the "Disclosure Statement") and a Chapter 11 Plan of Reorganization for the Centaur, LLC and its affiliated debtors (the "Plan"); and

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Board and the Company the need to authorize Centaur, LLC, in its capacity as the sole manager of the Managed Entities, to authorize the Managed Entities to file the Disclosure Statement (the "Disclosure Statement") and the Plan; and

WHEREAS, the Board has evaluated and considered the information provided and the recommendations of the Company's executive officers and financial and legal advisors in its capacity as the sole manager of the Centaur, LLC; and

WHEREAS, the Board has evaluated and considered the same for the Managed Entities, in the Board's capacity as the sole manager of in Centaur, LLC.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that the Centaur, LLC consent attached hereto in the form of **Schedule A** is hereby approved and adopted in all respects; and it is

FURTHER RESOLVED, that the Managed Entities' consents attached hereto in the form of **Schedule B** are hereby approved and adopted in all respects; and it is

FURTHER RESOLVED, that the undersigned hereby waives any and all irregularities of notice, with respect to the time and place of meeting, and consents to the transaction of all business represented by this Written Consent.

[Signature Page Follows]

In witness whereof, the undersigned have signed this consent as of the day and year first above-written.

BOARD OF MANAGERS:

Centaur Gaming, LLC

Name:     Roderick J. Ratcliff

Name:     Steven R. Schreckengast

Name:     Michael V. Raisor

In witness whereof, the undersigned have signed this consent as of the day and year first above-written.

BOARD OF MANAGERS:

Centaur Gaming, LLC

Name:   Roderick J. Ratcliff

Name:   Steven R. Schreckengast

Name:   Michael V. Raisor

In witness whereof, the undersigned have signed this consent as of the day and year first above-written.

BOARD OF MANAGERS:

Centaur Gaming, LLC

Name:    Roderick J. Ratcliff

Name:    Steven R. Schreckengast

Name:    Michael V. Raisor

## Schedule A

**WRITTEN CONSENT**
**OF THE SOLE MANAGER OF**
**CENTAUR, LLC**
**AS OF MARCH 6, 2010**

The undersigned, being an authorized officer of Centaur Gaming, LLC, as the sole manager (the "Manager") of Centaur, LLC (the "Company"), does hereby adopt the following resolutions:

WHEREAS, it is in the best interest of Centaur Colorado, LLC and the Company for the Company, in its capacity as the sole member of the Subsidiary, to consent to the amendment of certain provisions of the Fourth Amended and Restated Limited Liability Company Agreement of Centaur Colorado, LLC dated as of November 20, 2006 (the "Operating Agreement") concerning dissolution; and

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Manager the Company's current circumstances regarding financial liquidity; and

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Manager and the Company the need to file a disclosure statement (the "Disclosure Statement") and a Chapter 11 Plan of Reorganization for the Company and its affiliated debtors (the "Plan"); and

WHEREAS, the Manager has evaluated and considered the information provided and the recommendations of the Company's executive officers and financial and legal advisors; and

WHEREAS, the Manager has evaluated and considered the same in the Company's capacity as the sole manager of Centaur Colorado, LLC, Centaur Pennsylvania, LLC, Centaur Indiana, LLC, Centaur Racing, LLC, HP Dinning & Entertainment, LLC, VVD Properties General Partner, LLC, Valley View Downs GP, LLC, and Centaur PA Land Management LLC (each a "Subsidiary" and together the "Subsidiaries") in regard to the Subsidiaries.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that the Fifth Amendment to the Operating Agreement (the "Fifth Amendment") is hereby approved in the form attached hereto as **Schedule A**; and it is

FURTHER RESOLVED, that the Fifth Amendment is adopted, and that Roderick J. Ratcliff and/or Kurt E. Wilson (the "Authorized Persons") be, and they hereby are, authorized to execute the Fifth Amendment; and it is

FURTHER RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interests of the Company, creditors of the Company, members, as the case may be, of the Company and other interested parties, for the Company to file a petition (the "Petition") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

FURTHER RESOLVED, that the Manager has been presented with a draft of the Petition and after careful deliberation, the Manager has determined that it is advisable and in the best interest of the Company and its member for the Authorized Persons to finalize the Petition with such changes as they deem appropriate; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed, on behalf of the Company, to adopt and execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed (the "Chapter 11 Proceedings") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Persons consider appropriate; and it is

FURTHER RESOLVED, that the Manager has been presented with a draft of the Disclosure Statement and a draft of the Plan and after careful deliberation, the Manager has determined it is advisable and in the best interest of the Company and its member for the Authorized Persons to finalize the Disclosure Statement and the Plan with such changes as they deem appropriate; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed, on behalf of the Company, to adopt and execute the Disclosure Statement and the Plan or authorize the execution of a filing of the Disclosure Statement and the Plan by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Persons consider appropriate; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the Chapter 11 Proceedings, and to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company the law firm of White & Case LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to and represent the Company in connection with the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company the law firm of Fox Rothschild

LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to, and to represent, the Company in connection with the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company the firm of The Blackstone Group, L.P., upon such terms and conditions as the Authorized Persons shall approve, to render professional services pursuant to Section 327(a) of the Bankruptcy Code, in connection with the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Chapter 11 Proceedings, upon such terms and conditions as the officers shall approve, to assist the Company in connection with the Chapter 11 Proceedings on such terms as are deemed necessary, proper and desirable; and it is

FURTHER RESOLVED, that in connection with the commencement of the Chapter 11 Proceedings by the Company, the Authorized Persons be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to negotiate, execute and deliver a debtor in possession loan facility or other form of credit support or enhancement (including, without limitation, in connection therewith, such commitment letters, fee letters, notes, security agreements and other agreements or instruments as such Authorized Persons consider appropriate) on the terms and conditions as such Authorized Person executing the same may consider necessary, proper or desirable (including, without limitation, the granting of liens, security interests and superpriority Chapter 11 administrative claims and the guaranteeing of affiliate obligations), such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreement or instruments on behalf of the Company and/or file such pleadings as may be necessary with the Bankruptcy Court in respect thereof; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code or in any other connection with the Chapter 11 Proceedings, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is

FURTHER RESOLVED, that the Authorized Persons be, and each of them, with full authority to act without the others, hereby is, authorized and directed, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or

advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

FURTHER RESOLVED, that the undersigned hereby waives any and all irregularities of notice, with respect to the time and place of meeting, and consents to the transaction of all business represented by this Written Consent.

[Signature Page Follows]

In witness whereof, the undersigned have signed this consent as of the day and year first above-written.

MANAGER:

Centaur Gaming, LLC

Name:   Kurt E. Wilson
Title:   Executive Vice President

## Schedule A

# FIFTH AMENDMENT TO THE
# CENTAUR COLORADO, LLC
# OPERATING AGREEMENT

THIS FIFTH AMENDMENT (this "Amendment"), to the Fourth Amended and Restated Limited Liability Agreement of the Centaur Colorado, LLC (the "Company"), is made and entered into as of this 6th day of March, 2010, by Centaur, LLC, a Indiana limited liability company (the "Member"), as the sole member of the Company.

## WITNESSETH:

WHEREAS, the Member entered into that certain Operating Agreement (the "Operating Agreement"), dated as of the 30th day of October, 2007, which sets forth the rights, duties and obligations, and interests of the Member in and to the Company;

WHEREAS, the Member desires to amend certain provisions of the Operating Agreement pertaining to dissolution of the Company;

NOW, THEREFORE, for and in consideration of these premises, the conditions and agreements set forth herein and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged, the Member agrees to amend the Operating Agreement as follows:

1. The following sentence is added to the end of Section 9.1:

"The commencement of any proceedings by or against the Member seeking reorganization, arrangement, composition, readjustment, liquidation, dissolution or similar relief under any statute, law or regulation shall not cause the Member to cease to be a member or cause the Company to be dissolved."

2. Unless amended or modified herein or unless the context otherwise requires, all terms defined in or by reference to the Operating Agreement shall have the same meaning when used herein.

3. All references to sections herein shall refer to sections contained in the Operating Agreement.

4. Except as expressly modified hereby, each of the terms, provisions and conditions of the Operating Agreement, as amended, and portions thereof shall remain in full force and effect together with the modifications contained in herein.

5. This Amendment shall be binding upon the parties hereto, their successors and assigns.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has executed this Amendment as of the day and year first above-written.

MEMBER:

Centaur, LLC

By: _____

Name:    Kurt E. Wilson

Title:    Executive Vice President

COMPANY:

Centaur Colorado, LLC

By: Centaur, LLC, its manager

By: _____

Name:    Kurt E. Wilson

Title:    Executive Vice President

2

# United States Bankruptcy Court

District of Delaware

In re    CENTAUR PA LAND, LP *et al*

Debtors.

Case No.   09-13760 (KJC)

Chapter   11

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is a list of creditors holding the 30 largest unsecured claims, on a consolidated basis, against the above-captioned debtors (collectively, the "Debtors") and their affiliated entities. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency claim places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission by, nor shall it be binding upon, the Debtors.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|---|
| 1. | PREIT SERVICES, INC.<br>Attn: Robert McFadden<br>200 S. Broad St., Fl 3<br>Philadlephia, PA 19102 | PREIT SERVICES, INC.<br>Attn: Robert McFadden<br>200 S. Broad St., Fl 3<br>Philadlephia, PA 19102<br><br>Phone – (215) 875-0700 | CONTRACT | | $28,729,250.00 |
| 2. | CHURCHILL DOWNS, INC.<br>Attn: William Mudd<br>700 Central Avenue<br>Louisville, KY 40208 | CHURCHILL DOWNS, INC.<br>Attn: William Mudd<br>700 Central Avenue<br>Louisville, KY 40208<br><br>Phone – (502) 636-4400 | CONTRACT | | $15,000,000.00 |
| 3. | AMES CONSTRUCTION, INC.<br>Attn: Ken Isenberger<br>18450 E. 28th Avenue<br>Aurora, CO 80011 | AMES CONSTRUCTIONS, INC.<br>Attn: Ken Isenberger<br>18450 E. 28th Avenue<br>Aurora, CO 80011<br><br>Phone – (952) 435-7106 | CONTRACT | | $1,277,229.00 |
| 4. | INDIANA HORSE RACING COMMISSION<br>ISTA Center – Suite 530<br>150 W. Market Street<br>Indianapolis, IN 46204 | INDIAN HORSE RACING COMMISSION<br>ISTA Center – Suite 530<br>150 W. Market Street<br>Indianapolis, IN 46204<br>Phone – (317) 233-3119 | REGULATORY FEE | | $425,212.00 |
| 5. | ANTHEM BLUE CROSS & BLUE SHIELD<br>Dept. 63<br>Denver, CO 80281-0063 | ANTHEM BLUE CROSS & BLUE SHIELD<br>Dept. 63<br>Denver, CO 80281-0063<br><br>Phone – (303) 831-8296 | INSURANCE | | $181,626.00 |
| 6. | U.S. FOOD SERVICES, INC.<br>P.O. Box 660088<br>Indianapolis, IN 46266-0088 | U.S. FOOD SERVICES, INC.<br>P.O. Box 660088<br>Indianapolis, IN 46266-0088<br><br>Phone – (317) 585-6600 | TRADE | | $172,823.00 |
| 7. | AUDITOR OF THE STATE OF INDIANA<br>240 State House<br>200 W. Washington St.<br>Indianapolis, IN 46204 | AUDITOR OF THE STATE OF INDIANA<br>240 State House<br>200 W. Washington St.<br>Indianapolis, IN 46204<br>Phone – (317) 232-3300 | TAX | DISPUTED | $133,162.45 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | ANDERSON CITY UTILITIES<br>P.O. Box 2100<br>Anderson, IN 46018-2100<br><br>Phone – (765) 648-6135 | ANDERSON CITY UTILITIES<br>P.O. Box 2100<br>Anderson, IN 46018-2100<br><br> | | UTILITY | $70,377.00 |
| 9. | IGT<br>Department 7866<br>Los Angeles, CA 90088-7866<br><br>Phone – (775) 448-7777 | IGT<br>Department 7866<br>Los Angeles, CA 90088-7866<br><br> | | TRADE | $61,351.00 |
| 10. | WMS GAMING<br>800 S. Northpoint Blvd.<br>Waukegan, IL 60085<br><br>Phone – (847) 785-3000 | WMS GAMING<br>800 S. Northpoint Blvd.<br>Waukegan, IL 60085<br><br> | | TRADE | $56,924.00 |
| 11. | GURU MARKETING<br>50 Terrace Dr<br>Munster, IN 46321<br><br>Phone – (219) 836-9907 | GURU MARKETING<br>50 Terrace Dr<br>Munster, IN 46321<br><br> | | TRADE | $54,147.00 |
| 12. | XCEL ENERGY<br>Billing Products & Services<br>P.O. Box 59<br>Minneapolis, MN 55440-0059<br><br>Phone – (800) 481-4700 | XCEL ENERGY<br>Billing Products & Services<br>P.O. Box 59<br>Minneapolis, MN 55440-0059<br><br> | | UTILITY | $47,857.00 |
| 13. | CONSOLIDATED INSURACE<br>SERVICES<br>9333 N. Meridian St., #100<br>Indianapolis, IN 46260 | CONSOLIDATED INSURACE SERVICES<br>9333 N. Meridian St., #100<br>Indianapolis, IN 46260<br>Phone – (317) 846-5805 | | INSURANCE | $40,475.00 |
| 14. | CLAYPOOL HOLDINGS LLC<br>#770526<br>P.O. Box 7033<br>Indianapolis, IN 46207-7033 | CLAYPOOL HOLDINGS LLC<br>#770526<br>P.O. Box 7033<br>Indianapolis, IN 46207-7033 | | LANDLORD | $40,172.00 |
| 15. | HUMANA INSURANCE CO.<br>P.O. Box 533<br>Carol Stream, IL 60132-0533 | HUMANA INSURANCE CO.<br>P.O. Box 533<br>Carol Stream, IL 60132-0533 | | INSURANCE | $34,292.00 |
| 16. | BLACKHAWK/CENTRAL CITY<br>SANITATION DISTRICT<br>P.O. Box 362<br>Black Hawk, CO 80422<br><br>Phone – (303) 588-3422 | BLACKHAWK/CENTRAL CITY<br>SANITATION DISTRICT<br>P.O. Box 362<br>Black Hawk, CO 80422<br><br> | | UTILITY | $32,019.00 |
| 17. | ED MARTIN – ANDERSON<br>5400 Scatterfield Road<br>Anderson, IN 46013<br><br>Phone – (765) 274-0245 | ED MARTIN – ANDERSON<br>5400 Scatterfield Road<br>Anderson, IN 46013<br><br> | | TRADE | $30,400.00 |
| 18. | BALLY GAMING, INC.<br>Lockbox 749335<br>Los Angeles, CA 90074<br><br> | BALLY GAMING, INC.<br>Lockbox 749335<br>Los Angeles, CA 90074<br><br> | | TRADE | $29,361.00 |

WM1A 948393v1 03/06/10

| 19. | MONARCH BEVERAGE CO, INC.<br>9437 E. Pendelton Pike<br>Indianapolis, IN 46236 | MONARCH BEVERAGE CO, INC.<br>9437 E. Pendelton Pike<br>Indianapolis, IN 46236<br><br>Phone – (317) 612-1310 | TRADE | | $28,301.00 |
| 20. | TRI-STATES COCA COLA<br>BOTTLING<br>2329 Paysphere Cir<br>Anderson Sales Center<br>Chicago, IL 60674 | TRI-STATES COCA COLA BOTTLING<br>2329 Paysphere Cir<br>Anderson Sales Center<br>Chicago, IL 60674<br><br>Phone – (770) 989-3000 | TRADE | | $28,286.00 |
| 21. | ALSCO<br>5090 Cook Street<br>Denver, CO 80216 | ALSCO<br>5090 Cook Street<br>Denver, CO 80216<br><br>Phone – (303) 295-7631 | TRADE | | $25,707.00 |
| 22. | JUICE COMMUNICATIONS<br>1900 Wazee Street<br>Suite 150<br>Denver, CO 80202 | JUICE COMMUNICATIONS<br>1900 Wazee Street<br>Suite 150<br>Denver, CO 80202<br><br>Phone – (303) 629-0565 | TRADE | | $23,719.00 |
| 23. | BLUE NEWS<br>P.O. Box 269308<br>Indianapolis, IN 46266 | BLUE NEWS<br>P.O. Box 269308<br>Indianapolis, IN 46266<br><br>Phone – (317) 547-3404 | TRADE | | $23,194.00 |
| 24. | ARISTOCRAT TECHNOLOGIES INC.<br>7230 Amigo St.<br>Las Vegas, NV 89119 | ARISTOCRAT TECHNOLOGIES INC.<br>7230 Amigo St.<br>Las Vegas, NV 89119<br><br>Phone – (702) 270-1000 | TRADE | | $22,289.00 |
| 25. | CBS OUTDOOR<br>P.O. Box 33074<br>Newark, NJ 07188-0074 | CBS OUTDOOR<br>P.O. Box 33074<br>Newark, NJ 07188-0074<br><br>Phone – (973) 575-6900 | TRADE | | $21,653.00 |
| 26. | CASINO TRANSPORTATION<br>18301 W. Colfax #Z<br>Golden, CO 80401 | CASINO TRANSPORTATION<br>18301 W. Colfax #Z<br>Golden, CO 80401<br><br> | TRADE | | $21,100.00 |
| 27. | UNITED CONCORDIA<br>P.O. Box 51089<br>Los Angeles, CA 90051-5389 | UNITED CONCORDIA<br>P.O. Box 51089<br>Los Angeles, CA 90051-5389<br><br>Phone – (800) 972-4191 | INSURANCE | | $20,766.00 |
| 28. | CENTRAL OHIO GRAPHICS, INC.<br>1020 W. 5th Avenue<br>Columbus, OH 43212 | CENTRAL OHIO GRAPHICS, INC.<br>1020 W. 5th Avenue<br>Columbus, OH 43212<br><br>Phone – (614) 294-3200 | TRADE | | $20,386.00 |
| 29. | BOWE BELL & HOWELL<br>3791 S. Alston Ave.<br>Durham, NC 27713 | BOWE BELL & HOWELL<br>3791 S. Alston Ave.<br>Durham, NC 27713<br><br>Phone – (800) 220-3030 | LEGAL | | $20,327.00 |

WM1A 948393v1 03/06/10

| 30. | ERMCO<br>P.O. Box 1507<br>Indianapolis, IN 46206-1507 | ERMCO<br>P.O. Box 1507<br>Indianapolis, IN 46206-1507<br><br>Phone – (317) 780-2923 | TRADE | | $19,929.00 |
|---|---|---|---|---|---|

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | : **Chapter 11** |
| | : |
| **CENTAUR PA LAND, LP, et al.,**[1] | : **Case No. 09-13760 (KJC)** |
| | : |
| **Debtors.** | : **(Joint Administration Requested)** |
| | : |

### DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer of each of the above-captioned debtors in these chapter 11 cases (collectively the "Debtors"), declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing consolidated List of Creditors Holding the 30 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief, with reliance on appropriate corporate officers and the Debtors' books and records.

Dated: March **6**, 2010

By: _____

Name: Kurt E. Wilson

Title: Executive Vice President, Chief Financial
Officer, Treasurer and Secretary of Centaur, LLC

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **CENTAUR, LLC,** | : | |
| | : | **Case No. 10-_____ ( )** |
| **Debtor.** | : | |
| | : | |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") respectfully represents that the following corporations directly or indirectly own ten percent (10%) or more of any kind of membership interest in the Debtor:

- Centaur, Inc.

- Centaur Gaming, LLC

## DECLARATION UNDER PENALTY OF PERJURY

I, Kurt E. Wilson, Executive Vice President, Chief Financial Officer, Treasurer and Secretary of Centaur, LLC, an Indiana limited liability company, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: March 6, 2010

CENTAUR, LLC

By: _____
Kurt E. Wilson
Executive Vice President, Chief Financial
Officer, Treasurer and Secretary

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | :     **Chapter 11** |
| **CENTAUR, LLC,** | : |
| | :     **Case No. 10-_____ (____)** |
| **Debtor.** | : |
| | : |

## LIST OF HOLDERS OF MEMBERSHIP INTEREST

    Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure the above-captioned debtor (the "Debtor") submits the following list of holders of membership interest in the Debtor:

| Holder of Membership Interest | Address of Holder | Percentage of Membership Interest |
|---|---|---|
| Centaur Gaming, LLC | 10 W. Market Street, Suite 200 Indianapolis, IN 46204 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Kurt E. Wilson, Executive Vice President, Chief Financial Officer, Treasurer and Secretary of Centaur, LLC, an Indiana limited liability company, declare under penalty of perjury that I have reviewed the foregoing List of Holders of Membership Interest and that it is true and correct to the best of my knowledge, information and belief.

Dated: March 6, 2010

CENTAUR, LLC

By: _____
Kurt E. Wilson
Executive Vice President, Chief Financial
Officer, Treasurer and Secretary

2