IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | : | Chapter 11 |
| --- | --- | --- |
| CENTAUR, LLC, | : | Case No. 10-10799 (KJC) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| CENTAUR COLORADO, LLC, | : | Case No. 10-10800 (KJC) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| CENTAUR INDIANA, LLC, | : | Case No. 10-10805 (KJC) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| CENTAUR PA LAND GENERAL PARTNER, LP, | : | Case No. 10-10808 (KJC) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| CENTAUR PA LAND MANAGEMENT, LLC, | : | Case No. 10-10806 (KJC) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| CENTAUR PENNSYLVANIA, LLC, | : | Case No. 10-10804 (KJC) |
| Debtor. | : | |
| In re | : | Chapter 11 |
| CENTAUR RACING, LLC, | : | Case No. 10-10802 (KJC) |
| Debtor. | : | |

| | |
|---|---|
| In re<br><br>HOOSIER PARK, L.P.,<br><br>Debtor. | : Chapter 11<br>:<br>: Case No. 10-10801 (KJC)<br>:<br>:<br>: |
| In re<br><br>HP DINING & ENTERTAINMENT, LLC,<br><br>Debtor. | : Chapter 11<br>:<br>: Case No. 10-10803 (KJC)<br>:<br>:<br>: |
| In re<br><br>VALLEY VIEW DOWNS GP, LLC,<br><br>Debtor. | : Chapter 11<br>:<br>: Case No. 10-10809 (KJC)<br>:<br>:<br>: |
| In re<br><br>VVD PROPERTIES GENERAL PARTNER, LLC,<br><br>Debtor. | : Chapter 11<br>:<br>: Case No. 10-10807 (KJC)<br>:<br>:<br>: |
| In re<br><br>VVD PROPERTIES, LP,<br><br>Debtor. | : Chapter 11<br>:<br>: Case No. 10-10810 (KJC)<br>:<br>: Re: Docket No. 109 (Case No. 09-13760 (KJC)) |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES

This matter coming before the Court on the motion (the "Motion") of the affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), pursuant to section 105(a) of the Bankruptcy Code,[1] Bankruptcy Rule 1015(b) and Local Rule 1015-1, for an order directing joint administration, for procedural purposes only, of the Debtors' chapter 11 cases under the case of Centaur LLC, Case No. 10-10799 (KJC); the Court having reviewed the Motion and the First Day Declaration and having considered the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown, it is hereby

ORDERED that, the Motion is GRANTED; and it is further

ORDERED that, the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-10799 (KJC) (the "Lead Case"); and it is further

ORDERED that, parties in interest are directed to use the caption in the form annexed hereto as Exhibit 1 (the "Caption") when filing pleadings with the Court in the chapter 11 cases of the Debtors, thereby indicating that the pleading relates to the jointly administered chapter 11 cases of "Centaur, LLC, et al." The Caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects, notwithstanding the fact that the Caption does not include the last four digits of taxpayer identification numbers for nine of the Debtors; and it is further

ORDERED that, a docket entry shall be made in each of the above-captioned cases (other than the Lead Case) substantially as follows:

> An Order has been entered in this chapter 11 case directing the joint administration, for procedural purposes, of the chapter 11 cases of Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P.

3

(0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Centaur PA Land Management, LLC; and Centaur PA Land General Partner, LP. The docket in Case No. 10-10799 (KJC) should be consulted for all matters affecting these cases.

and it is further

ORDERED that, the Debtors are authorized to utilize a combined service list for the jointly administered cases, and combined notices may be sent to creditors of the Debtors' estates and other parties in interest as applicable; and it is further

ORDERED that, nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that, the Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: March 10, 2010
Wilmington, Delaware

UNITED STATES BANKRUPTCY JUDGE

4