# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| CENTAUR, LLC, et al.,[1] | : Case No. 10-10799 (KJC) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. 112 (Case No. 09-13760 (KJC)) |

## ORDER EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES AND STATEMENTS OF FINANCIAL AFFAIRS

This matter coming before the Court on the motion (the "Motion") of the affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 1007-1, extending the time for the Debtors to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, schedules of current income and expenditures and statements of financial affairs (collectively, the "Schedules and Statements"); and the Court having reviewed the Motion and the First Day Declaration;[2] and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Centaur PA Land Management, LLC; and Centaur PA Land General Partner, LP.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; it is hereby

ORDERED that, the Motion is GRANTED; and it is further

ORDERED that, the time within which the Debtors shall file the Schedules and Statements is extended pursuant to Bankruptcy Rule 1007(c) through and including May 5, 2010 (the "Deadline"), which is sixty (60) days from the Petition Date without prejudice to the Debtors' right to seek an additional extension upon cause therefor; and it is further

ORDERED that, this Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: March 10, 2010
Wilmington, Delaware

                                                                     _____
                                                                     UNITED STATES BANKRUPTCY JUDGE

2

WM1A 948623v1 03/09/10