# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Centaur, LLC, et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 10-10799 (KJC)<br>)<br>) (Jointly Administered)<br>)<br>) Re: Docket Nos. 121 (Case No. 09-13760) and 39 |

## NOTICE OF ENTRY INTERIM ORDER (A) AUTHORIZING USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING

PLEASE TAKE NOTICE that on March 8, 2010, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Emergency Motion for (i) Entry of Interim and Final Orders (a) Authorizing the Use of Prepetition Secured Parties' Cash Collateral, (b) Granting Adequate Protection and Related Relief, and (c) Modifying the Automatic Stay; and (ii) Interim and Final Hearings** [Docket No. 121, Case No. 09-13760 (KJC)] (the "Motion"). A copy of the Motion was previously served upon you.

PLEASE TAKE FURTHER NOTICE that on March 11, 2009, following a hearing before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Bankruptcy Court entered an **Interim Order (a) Authorizing Use of Cash Collateral, (b) Granting Adequate Protection, (c) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing** [Docket No. 39] (the "Interim Order"), granting the Motion on an interim basis. A copy of the Interim Order is attached hereto as Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Centaur PA Land Management, LLC; and Centaur PA Land General Partner, LP.

WM1A 949058v1 03/12/10

PLEASE TAKE FURTHER NOTICE that any objection to the approval of the Motion on a final basis must be made in writing, filed with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received by the following parties no later than **March 22, 2009 at 4:00 p.m. (Eastern)**: (i) counsel to the Debtors, White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Attn: Gerard Uzzi) and 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: Michael C. Shepherd); Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf); (ii) counsel to the First Lien Lenders, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Mitchell A. Seider) and Duane Morris LLP, Suite 1200, 1100 North Market Street, Wilmington, Delaware 19801 (Attn: Michael R. Lastowski); (iii) Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Richard Schpacarter); and (iv) counsel to any statutory committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO ENTRY OF A FINAL ORDER ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR A HEARING.**

PLEASE TAKE FURTHER NOTICE that if any objection is properly filed and served in accordance with the above procedures, a final hearing will be held on **March 29, 2009 at 10:00 a.m. (Eastern)** before the Honorable Kevin J. Carey at the Bankruptcy, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801. Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

Dated: March 12, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard Uzzi, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd, Esquire
Lane E. Begy, Esquire
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys to the Debtors and
Debtors in Possession