IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| CENTAUR, LLC, et al.,[1] | : Case No. 10-10799 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Re: Docket No. 86 |

### NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT RELATING TO THE JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR CENTAUR, LLC AND ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE THAT on March 28, 2010, the affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") their (i) proposed Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors (as such plan may be amended from time to time, the "Plan") [D.I. 85] and (ii) a proposed disclosure statement relating to such Plan (as such disclosure statement may be amended from time to time, the "Disclosure Statement") [D.I. 86],[2] pursuant to Rule 3016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE THAT a hearing will be held on **May 25, 2010 at 10:00 a.m. (Eastern Time)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, at 824 North Market Street, 5th Floor, Wilmington, Delaware, to consider the entry of an order finding, among other things, that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and approving the Disclosure Statement (the "Disclosure Statement Hearing"). The Disclosure Statement Hearing may be adjourned from time to time by announcement in open court at the first scheduled hearing or an adjourned hearing without further written notice to parties in interest.

PLEASE TAKE FURTHER NOTICE THAT any objection to the Disclosure Statement must be in writing, must be in conformity with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, must state with particularity the legal and factual basis for the objection, must reference with specificity the text of the Disclosure Statement to which the objection is made, must provide proposed language changes or insertions to the Disclosure Statement to resolve the objection and must be filed with the Bankruptcy Court and served upon the following parties so as to be actually received on or before **4:00 p.m. (Eastern Time) on May 18, 2010**:

(a)  Co-counsel for the Debtors: White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, Attn: Michael C. Shepherd, Esq.; and Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801, Attn: Jeffrey M. Schlerf, Esq.;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP filed their chapter 11 petitions on October 28, 2009. The remaining Debtors filed their chapter 11 petitions on March 6, 2010.

[2] Copies of the Disclosure Statement may be obtained via the internet at http://www.centaurgaminginfo.com or https://ecf.deb.uscourts.gov. Alternatively, copies of the Disclosure Statement may be obtained upon written request to the Debtors' undersigned co-counsel. All such requests should be sent in writing to the attention of John H. Strock of Fox Rothschild LLP at the address provided below.

(b) Counsel for the official committee of unsecured creditors: Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174-0208, Attn: Michael Z. Brownstein, Esq.; and 1201 Market Street, Suite 800, Wilmington, Delaware 19801, Attn: David W. Carickhoff, Esq.;

(c) Co-counsel for the administrative agent under the Debtors' prepetition first lien credit facility: Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn: Mitchell A. Seider, Esq.; and Duane Morris LLP, Suite 1200, 1100 North Market Street, Wilmington, Delaware 19801, Attn: Michael R. Lastowski;

(d) Co-counsel for the administrative agent under the Debtors' prepetition second lien credit facility: Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris, Esq.; and Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: John H. Knight, Esq.; and

(e) The Office of the United States Trustee, District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Richard L. Schepacarter, Esq.

**IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.**

Dated: April 20, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard Uzzi (admitted pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd (admitted pro hac vice)
Lane E. Begy (admitted pro hac vice)
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for the Debtors and
Debtors in Possession