# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Centaur, LLC, ET AL.,**　　　　　　　　　　Case No. **10-10799**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS, LLC**　　　　　　　**Quality Inn & Suites**
　　Name of Transferee　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known):
should be sent:　　　　　　　　　　　　　　　　Amount of Claim: **$3,492.00**
　　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: N/A

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**　　　　　　　　　　　Phone: (765) 641-9980
Last Four Digits of Acct #: N/A　　　　　　　　Last Four Digits of Acct. #: N/A

Name and Address where transferee payments　　Name and Current Address of Transferor:
should be sent (if different from above):
　　　　　　　　　　　　　　　　　　　　　　　Quality Inn & Suites
　　　　　　　　　　　　　　　　　　　　　　　1836 E. 64th Street
　　　　　　　　　　　　　　　　　　　　　　　Anderson, IN 46013

Phone: N/A
Last Four Digits of Acct #: N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg　　　　　　　　　　　Date: 6/18/2010
　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


# SONAR CREDIT PARTNERS, LLC

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn:  Clerk

AND TO:  Hoosier Park, L.P. ("Debtor")
Case No. 10-10801 (Jointly Administered under Centaur, LLC, Case No. 10-10799)

Claim # N/A

**Quality Inn & Suites**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $3,492.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 18, 2010.

ASSIGNOR
By: [signature]
Name: Sanjay Patel
Title: President
Date: 6/18/10

ASSIGNEE
By: [signature]
Name: Michael Goldberg
Title: Managing Member
Date: 6/18/10

UNITED STATES BANKRUPTCY COURT
DELAWARE

In re: Hoosier Park, L.P.

Case Number: 10-10801

Exhibit F-1

Unsecured Trade Payables

| Name | Address | CSZ | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| QUALITY INN & SUITES | 1836 E. 64th Street | Anderson, IN 46013 | | | | $3,492 |
| QUILL | PO BOX 37600 | PHILADELPHIA, PA 19101-0600 | | | | $293 |
| R L DONNELLY & ASSOCIATES | 1615 Broadway | Anderson, IN 46012 | | | | $194 |
| RADZ VIDEO REPAIR | 1399 N. Shadeland Ave. | Indianapolis, IN 46219 | | | | $338 |
| REAL CLEAN | 3723 GOSHEN RD | FT WAYNE, IN 46818 | | | | $46 |
| RED THE UNIFORM TAILOR | 475 Oberlin Avenue South | Lakewood, NJ 08701-6904 | | | | $812 |
| RED'S CLEANERS | 1231 ARROW AVENUE | ANDERSON, IN 46016 | | | | $841 |
| REGAL ELITE INC | 4333-B Tuller Rd. | Dublin, OH 43017 | | | | $503 |
| RICHMOND MASTER DISTRIBUTORS | 4202 TECHNOLOGY DR | SOUTH BEND, IN 46628 | | | | $642 |
| RITE QUALITY OFFICE SUPPLIES | 710 N Washington Street | Kokomo, IN 46901 | | | | $5,602 |
| ROUDEBUSH EQUIPMENT INC. | 2911 State Road 32 East | Westfield, IN 46074 | | | | $0 |
| RUSS BERRIE US GIFT INC | PO BOX 842616 | BOSTON, MA 02284-2616 | | | | $877 |
| SAFETY KLEEN | PO Box 382066 | Pittsburgh, PA 15250-8066 | | | | $310 |
| SALT SHOP-HP | 3316 S. Madison Ave. | Anderson, IN 46013 | | | | $366 |
| SCIENTIFIC GAMES RACING, LLC | 23766 Network Place | Chicago, IL 60673-1237 | | | | $926 |
| SECURCASH PRODUCTS LLC | 7709 KENDRICK CROSSING LN | LOUISVILLE, KY 40291 | | | | $887 |
| SELKING INTERNATIONAL | 3801 E. McGalliard | Muncie, IN 47303 | | | | $1,382 |
| SHUFFLEMASTER INC | 1106 Palms Airport Drive | Las Vegas, NV 89119 | | | | $1,553 |
| SIGN PROS - ANDERSON | 2102 Broadway | Anderson, IN 46012 | | | | $684 |
| SMITH IMPLEMENTS INC-RUSHVILLE | 1111 W THIRD ST | RUSHVILLE, IN 46173 | | | | $1,035 |
| SOUTH CENTRAL COMPANY INC | 3055 STATE ST, PO BOX 367 | COLUMBUS, IN 47202-0367 | | | | $271 |
| SPECIALTY TRANSPORTATION LLC | 9455 DELEGATES ROW | INDIANAPOLIS, IN 46240 | | | | $4,280 |
| ST VINCENT PHYSICIAN SERVICES | 10330 N MERIDIAN ST STE 201 | INDIANAPOLIS, IN 46290-1024 | | | | $1,002 |
| STARBUCKS COFFEE CO | PO Box 84348 | Seattle, WA 98124-5648 | | | | $4,551 |
| STATE INDUSTRIAL PRODUCTS | PO BOX 74189 | CLEVELAND, OH 44194-0268 | | | | $1,602 |
| STAYBRIDGE SUITES FORT WAYNE | 5925 ELLISON RD | FORT WAYNE, IN 46804 | | | | $450 |
| STERICYCLE INC | P O BOX 9001589 | Louisville, KY 40290 | | | | $514 |
| SUNRISE DESIGNS INC | 6350 DERBYSHIRE RD | INDIANAPOLIS, IN 46227 | | | | $934 |
| TAYLOR'S BAKERY | 6216 ALLISONVILLE RD | INDIANAPOLIS, IN 46220 | | | | $160 |
| TERMINIX PROCESSING CENTER | P. O. Box 742592 | Cincinnati, OH 45274-2592 | | | | $156 |
| THE KNAPP SUPPLY CO., INC | 420 S OHIO AVENUE, PO BOX 2488 | MUNCIE, IN 47307-0488 | | | | $314 |
| THE STAR PRESS | PO Box 2408 | Muncie, IN 47307 | | | | $3,042 |
| THOMAS WHITE | 2345 1/2 BROADWAY ST | ANDERSON, IN 46012 | | | | $98 |
| TIFFANY LAWN/GARDEN SUPPLY INC | 4931 ROBISON RD | INDIANAPOLIS, IN 46268 | | | | $1,835 |
| TOLES FLOWERS | 1500 Market Street, 38th Floor | Philadelphia, PA 19102 | | | | $147 |
| TORVAC | PO Box 552210 | Detroit, MI 48255.221 | | | | $365 |
| TRACTOR SUPPLY COMPANY | P.O. Box 689020 | Des Moines, IA 50368-9020 | | | | $148 |
| TRI-STATES COCA-COLA BOTTLING | Anderson Sales Center | Chicago, IL 60674-2329 | | | | $29,727 |
| U S FOOD SERVICE, INC. | P. O. Box 660088 | Indianapolis, IN 46266-0088 | | | | $194,143 |
| U S FOODS-MV | PO Box 98420 | Chicago, IL 60693-8420 | | | | $5,446 |
| ULTIMATE SOFTWARE GROUP | 1485 North Park Drive | Weston, FL 33326 | | | | $0 |