# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | : **Chapter 11** |
| | : |
| **CENTAUR, LLC, et al.,**[1] | : **Case No. 10-10799 (KJC)** |
| | : |
| **Debtors.** | : **(Jointly Administered)** |
| | : |
| | : **Related Docket Nos. 235, 236 and 238** |

## NOTICE OF CONTINUED HEARING TO CONSIDER THE DEBTORS' DISCLOSURE STATEMENT TO JULY 14, 2010 AT 4:00 P.M. (EASTERN)

**PLEASE TAKE NOTICE THAT** on May 7, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors; (II) Approving Forms of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation* [Docket No. 235] (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on May 7, 2010, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors* [Docket No. 236] and the *Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors* [Docket No. 238].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors have continued the hearing on the Motion to **July 14, 2010 at 4:00 p.m. Eastern Time** at which time the hearing will commence before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing") to consider the Motion. The Disclosure Statement Hearing may be continued from time to time without further notice other than an adjournment

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP filed their chapter 11 petitions on October 28, 2009. The remaining Debtors filed their chapter 11 petitions on March 6, 2010.

announced in open court at the Disclosure Statement Hearing or at any subsequent adjourned Disclosure Statement Hearing.

Dated: June 22, 2010
　　　　Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schler (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard Uzzi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd
Lane E. Begy
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for the Debtors and
Debtors in Possession