B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Centaur, LLC, et al., Jointly Administered,　　　　　　Case No.  10-10799

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Creditor Liquidity, LP　　　　　　　　　　　　ISM SECURITY
　　　Name of Transferee　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　　Name and Address where notices to transferor
should be sent:　　　　　　　　　　　　　　　　should be sent:

Creditor Liquidity, LP　　　　　　　　　　　　ISM SECURITY
200 Business Park Drive, Suite 200　　　　　　　P. O. Box 948, 905 West Glen Park Ave.
Armonk, New York 10504　　　　　　　　　　　Griffith, IN 46319
Phone: (914) 514-8300　　　　　　　　　　　　Phone: _____
　　　　　　　　　　　　　　　　　　　　　　Court Claim # (if known)_____
Last Four Digits of Acct #:_____　　　Amount of Claim: $6,897.00 _____
　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: _____

　　　　　　　　　　　　　　　　　　　　　　Phone: _____
　　　　　　　　　　　　　　　　　　　　　　Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor　　　　　　　　　Date:  8/10/2010 _____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

ISM SECURITY ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of **$6,897.00** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Centaur, LLC, et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 10-10799** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee

IN WITNESS WHEREOF, dated the _10_ day of _August_, 2010

By: _La Jo Cascio, VP_
(Signature of Authorized Party)

_ISM Security_
(Company Name)

_LEN LOCASCIO_
(Print name of Authorized Party)

By: _/s/ Robert J. Tannor_
Robert J. Tannor

_Creditor Liquidity, LP_

_914-514-8300_
(Telephone Number)