# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| CENTAUR, LLC, et al.,[1] | : Case No. 10-10799 (KJC) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket Nos. 235, 471, 599, 601 |

**NOTICE OF FILING OF REVISED FORM OF (A) ORDER (I) APPROVING THE DISCLOSURE STATEMENT RELATING TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR CENTAUR, LLC AND ITS AFFILIATED DEBTORS; (II) APPROVING FORM OF BALLOTS AND PROPOSED SOLICITATION, VOTING AND TABULATION PROCEDURES FOR THE PLAN AND PLAN CONFIRMATION PROCESS; (III) APPROVING THE SOLICITATION PACKAGES AND PRESCRIBING THE FORM AND MANNER OF NOTICE OF DISTRIBUTION THEREOF; AND (IV) SCHEDULING A HEARING ON PLAN CONFIRMATION AND (B) SOLICITATION MATERIALS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 7, 2010, the affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the Debtors' Motion for an Order (i) Approving the Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors; (ii) Approving the Form of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan, and the Plan Confirmation Process; (iii) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (iv) Scheduling a Confirmation Hearing on the Plan [D.I. 235] (the "Motion"). Together with the Motion, the Debtors filed a proposed order granting the Motion (the "Original Proposed Order") and forms of solicitation materials (the "Original Solicitation Materials").

2. On July 26, 2010, the Debtors filed their Omnibus Response to the Objection of Wells Fargo Bank National Association, as Agent, and the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (i) Approving the Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors; (ii) Approving Form of Ballots and Proposed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP filed their chapter 11 petitions on October 28, 2009. The remaining Debtors filed their chapter 11 petitions on March 6, 2010.

Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Procedures; (iii) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (iv) Scheduling a Hearing on Plan Confirmation [D.I. 471] (the "Omnibus Response"). Included as an exhibit to the Omnibus Response, was a revised proposed order granting the Motion and revised forms of solicitation materials as well as blacklines showing changes to the Original Proposed Order and the Original Solicitation Materials.

3. On August 24, 2010, the Debtors filed the Third Amended Joint Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors [D.I. 599] (as may be further amended, the "Plan") and a disclosure statement related to the Plan [D.I. 601] (as may be further amended, the "Disclosure Statement").

4. A hearing is scheduled to be held before the Bankruptcy Court on August 25, 2010 at 11:00 a.m. (Eastern Time), at which time the Bankruptcy Court will consider, among other things, approval of the Motion and approval of the Disclosure Statement.

5. On August 24, 2010, the Debtors filed a revised proposed order granting the Motion (as may be further amended, the "Revised Proposed Order") and revised forms of solicitation materials (as may be further amended, the "Revised Solicitation Materials") as well as blacklines showing changes to the Original Proposed Order (the "Order Blackline") and the Original Solicitation Materials (the "Solicitation Materials Blacklines"). The Revised Proposed Order, the Order Blackline, the Revised Solicitation Materials and the Solicitation Materials Blacklines are attached hereto as Exhibit A.

6. The Debtors intend to seek approval of the Revised Proposed Order and the Revised Solicitation Materials at the hearing on the Motion and the Disclosure Statement currently scheduled for August 25, 2010 at 11:00 a.m. (Eastern Time).

Dated: August 24, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard H. Uzzi (admitted pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd (admitted pro hac vice)
Lane E. Begy (admitted pro hac vice)
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for the Debtors and Debtors in Possession