IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| CENTAUR, LLC et al.,[1] : | Case No. 10-10799 (KJC) |
| Debtors. : | (Jointly Administered) |

## *AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 25, 2010 AT 11:00 A.M. (EASTERN TIME)

### I. CONTINUED MATTERS:

1. Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order Under 11 U.S.C. Section 1112(b) Converting the 2009 Debtors Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, filed on March 25, 2010 [(Case No. 09-13760) Docket. No. 189][2]

   Response Deadline:

   April 8, 2010 at 4:00 p.m.

   Related Documents:

   a) Re-Notice of Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order Under 11 U.S.C. § 1112(b) Converting the 2009 Debtors Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 236]

   Response(s) Received:

   a) Objection of the Official Committee of Unsecured Creditors of the Above-Captioned Debtors regarding Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order Under 11 U.S.C. § 1112(b) Converting the 2009 Debtors Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 224; (Case No. 10-10799) Docket No. 110]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP filed their chapter 11 petitions on October 28, 2009. The remaining Debtors filed their chapter 11 petitions on March 6, 2010.

[2] Unless otherwise indicated, all Docket Nos. are from Case No. 10-10799 (KJC).

  b) PREIT-RUBIN, INC., and PR Valley Downs, L.P.'s Response to the Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order Under 11 U.S.C. Section 1112(b) Converting the 2009 Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 228]

  c) Objection of Valley View Downs Debtors' to Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order Converting the Valley View Downs Debtors' Chapter 11 Cases to Cases Under Chapter 7, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 234]

  d) Statement of Credit Suisse AG, Cayman Islands Branch, in Support of Valley View Downs Debtors' Objection to Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order Under 11 U.S.C. § 1112(b) Converting the Valley View Downs Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 235]

Status:

The parties have agreed to continue this matter to the omnibus hearing scheduled for October 5, 2010 at 1:00 p.m.

2. Debtors' Motion for an Order (I) Authorizing the Debtors to Perform Their Obligations Under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and (II) Approving Payment of Certain Fees and Expenses Thereunder, filed on April 14, 2010 [Docket No. 153]

Response Deadline:

May 7, 2010 at 4:00 p.m.

Related Documents:

  a) Notice of Hearing Regarding Debtors' Motion for an Order (I) Authorizing the Debtors to Perform their Obligations Under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and (II) Approving Payment of Certain Fees and Expenses Thereunder, filed on April 15, 2010 [Docket No. 161]

Response(s) Received:

  a) Objection of Wells Fargo Bank, National Association, as Agent for the Second Lien Lenders, to the 2010 Debtors' Motion for an Order (I) Authorizing the Debtors to Perform Their Obligations Under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and (II) Approving Payment of Certain Fees and Expenses Thereunder, filed on May 7, 2010 [Docket No. 231]

b) Objection of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, to Debtors' Motion for an Order (i) Authorizing the Debtors to Perform Their Obligations Under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and (ii) Approving Payment of Certain Fees and Expenses Thereunder, filed on May 7, 2010 [Docket No. 234]

Status:

The parties have agreed to continue this matter to the omnibus hearing scheduled for October 5, 2010 at 1:00 p.m.

## II. MATTERS WITH CERTIFICATES OF NO OBJECTION:

3. Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving Stipulation of Payment of Claim By and Between Hoosier Park, L.P., and Piazza Produce, Inc., filed on July 27, 2010 [Docket No. 480]

Response Deadline:

August 18, 2010 at 4:00 p.m.

a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving Stipulation of Payment of Claim By and Between Hoosier Park, L.P., and Piazza Produce, Inc., filed on August 20, 2010 [Docket No. 573]

b) **Order Approving Stipulation of Payment of Claims By and Between Hoosier Park, L.P. and Piazza Produce, Inc., entered on August 23, 2010 [Docket No. 589]**

Response(s) Received:

None.

Status:

**An order granting the relief requested has been entered. No hearing is necessary.**

4. Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving Stipulation of Payment of Claim By and Between Hoosier Park, L.P., and CC Produce, Inc. d/b/a Circle City Produce, filed on July 27, 2010 [Docket No. 481]

Response Deadline:

August 18, 2010 at 4:00 p.m.

a) Certificate of No Objection Regarding Debtors' Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving Stipulation of Payment of Claim By and Between Hoosier Park, L.P., and CC Produce, Inc. d/b/a Circle City Produce, filed on August 20, 2010 [Docket No. 574]

b) **Order Approving Stipulation of Payment of Claims By and Between Hoosier Park, L.P. and CC Produce, Inc. d/b/a Circle City Produce, entered on August 23, 2010 [Docket No. 590]**

Response(s) Received:

None.

Status:

**An order granting the relief requested has been entered. No hearing is necessary.**

III. **MATTERS GOING FORWARD:**

5. Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors; (II) Approving Form of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation, filed on May 7, 2010 [Docket No. 235]

Response Deadline:

May 18, 2010 at 4:00 p.m. The Official Committee of Unsecured Creditors was granted an extension to respond until May 19, 2010.

Related Documents:

a) Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on March 28, 2010 [Docket No. 85]

b) Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization for Centaur PA Land, LP and its Affiliated Debtors, filed on March 28, 2010 [Docket No. 86]

4

c) Notice of Hearing to Consider Approval of Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on April 20, 2010 [Docket No. 171]

d) Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on May 7, 2010 [Docket No. 236]

e) Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on May 7, 2010 [Docket No. 238]

f) Notice of Continued Hearing to Consider the Debtors' Disclosure Statement to July 14, 2010 at 4:00 p.m. (Eastern), filed on June 22, 2010 [Docket No. 356]

g) Second Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on July 22, 2010 [Docket No. 457]

h) *Blacklined* Second Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on July 22, 2010 [Docket No. 458]

i) Disclosure Statement Relating to the Second Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on July 22, 2010 [Docket No. 459]

j) *Blacklined* Disclosure Statement Relating to the Second Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on July 22, 2010 [Docket No. 460]

k) **Third Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on August 24, 2010 [Docket No. 599]**

l) ***Blacklined*** **Third Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on August 24, 2010 [Docket No. 600]**

m) **Disclosure Statement Relating to the Third Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on August 24, 2010 [Docket No. 601]**

n) ***Blacklined*** **Disclosure Statement Relating to the Third Amended Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on August 25, 2010 [Docket No. 602]**

o) **Notice of Filing of Revised Form of (A) Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated**

**Debtors; (II) Approving Form of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice of Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation and (B) Solicitation Materials, filed on August 25, 2010 [Docket No. 603]**

Response(s) Received:

a) Objection of Wells Fargo Bank, National Association, as Agent, to the Debtors' Motion Entry of an Order (I) Approving the Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors; (II) Approving Form of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Procedures; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation, filed on May 18, 2010 [Docket No. 262]

b) Objection of the Official Committee of Centaur, LLC, *et al.* to (1) Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors and (2) Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors; (II) Approving Form of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation, filed on May 19, 2010 [Docket No. 264]

c) Limited Response of Credit Suisse AG, Cayman Islands Branch, to the Second Lien Agent's Objection to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors; (II) Approving Form of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Procedures; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation, filed on May 21, 2010 [Docket No. 276]

d) Debtors' Omnibus Response to the Objection of Wells Fargo Bank National Association, as Agent, and the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (I) Approving the Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors; (II) Approving Form of Ballots and Proposed Solicitation, Voting

6

and Tabulation Procedures for the Plan and Plan Confirmation Procedures; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation, filed on July 26, 2010 [Docket No. 471]

e) Supplement to Objection of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.* to Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on August 22, 2010 [Docket No. 582]

Status:

This matter will go forward.

6. Debtors' Motion for Entry of an (I) Order (A) Authorizing and Approving Bidding Procedures to be Employed in Connection with the Proposed Sale of Substantially All of the Assets of Centaur Colorado, LLC; (B) Approving Certain Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Authorizing and Approving Assignment Procedures to be Employed in Connection with the Identification and Assumption of Certain Pre-Petition Contracts and Intellectual Property; and (E) Approving the Manner and Form of Notice of the Auction, Sale Hearing and Assignment Procedures; and (II) Order (A) Approving the Agreement for the Sale and Purchase of the Assets Free and Clear of Liens, Claims, Encumbrances and Interests, Subject to Higher and/or Otherwise Better Offers and (B) Granting Related Relief (Assets of Centaur Colorado, LLC), filed on June 29, 2010 [Docket No. 379]

Response Deadline:

July 21, 2010 at 4:00 p.m. The response deadline was extended to August 18, 2010 at 4:00 p.m. by Order entered July 28, 2010 [Docket No. 489].

Related Documents:

a) Notice of Filing of Form of Escrow Agreement in Connection with Proposed Sale of Substantially all of the assets of Centaur Colorado, LLC Free and Clear of All Liens, Claims, Encumbrances and Interests, filed on July 15, 2010 [Docket No. 433]

b) Order (A) Authorizing and Approving Bidding Procedures to be Employed in Connection with the Proposed Sale of Substantially All of the Assets of Centaur Colorado, LLC; (B) Approving Certain Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Authorizing and Approving Assignment Procedures to be Employed in Connection with the Identification and Assumption of Certain Pre-Petition Contracts and Intellectual Property; and (E) Approving the Manner and Form of

7

Notice of the Auction, Sale Hearing and Assignment Procedures, entered July 28, 2010 [Docket No. 489]

c) Notice of Proposed Sale of Substantially All of the Assets of Centaur Colorado, LLC, Free and Clear of Liens, Claims, Interests and Encumbrances and Scheduling Final Sale Hearing Related Thereto, filed on July 30, 2010 [Docket No. 499]

d) Notice of Filing of Affidavit of Publication, filed on August 10, 2010 [Docket No. 529]

e) Notice of Cancellation of Auction, filed on August 19, 2010 [Docket No. 564]

f) **Declaration of Kurt E. Wilson in Support of the Proposed Sale of Substantially All of the Assets of Centaur Colorado, LLC Free and Clear of Liens, Claims, Encumbrances and Interests, filed on August 24, 2010 [Docket No. 598]**

Response(s) Received:

a) The United States Trustee's Objection and Response of the U. S. Trustee to the Debtors' Motion for Entry of an (I) Order (A) Authorizing and Approving Bidding Procedures to Be Employed in Connection with the Proposed Sale of Substantially All of the Assets of Centaur Colorado, LLC; (B) Approving Certain Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Authorizing and Approving Assignment Procedures to Be Employed in Connection with the Identification and Assumption of Certain Pre-petition Contracts and Intellectual Property; and (E) Approving the Manner and Form of Notice of the Auction, Sale Hearing and Assignment Procedures; and (II) Order (A) Approving the Agreement for the Sale and Purchase of the Assets Free and Clear of Liens, Claims, Encumbrances and Interests, Subject to Higher and/or Otherwise Better Offers and (B) Granting Related Relief (Assets of Centaur Colorado, LLC), filed on July 7, 2010 [Docket No. 403]

b) Colin Anten's Response to Motion for Sale of Property, filed on July 22, 2010 [Docket No. 451]

c) Limited Objection of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.* to Debtors' Motion for Entry of an (I) Order (A) Authorizing and Approving Bidding Procedures to be Employed in Connection with the Proposed Sale of Substantially All of the Assets of Centaur Colorado, LLC; (B) Approving Certain Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Authorizing and Approving Assignment Procedures to be Employed in Connection with the Identification and Assumption of Certain Pre-Petition Contracts and Intellectual Property; and (E) Approving the Manner and Form of Notice

8

of the Auction, Sale Hearing and Assignment Procedures; and (II) Order (A) Approving the Agreement for the Sale and Purchase of the Assets Free and Clear of Liens, Claims, Encumbrances and Interests, Subject to Higher and/or Otherwise Better Offers and (B) Granting Related Relief, filed on August 18, 2010 [Docket No. 555]

d) **Response of Credit Suisse AG, Cayman Islands Branch to the Objection of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.* to Debtors' Motion for Entry of an (I) Order (A) Authorizing and Approving Bidding Procedures to be Employed in Connection with the Proposed Sale of Substantially All of the Assets of Centaur Colorado, LLC; (B) Approving Certain Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Authorizing and Approving Assignment Procedures to be Employed in Connection with the Identification and Assumption of Certain Pre-Petition Contracts and Intellectual Property; and (E) Approving the Manner and Form of Notice of the Auction, Sale Hearing and Assignment Procedures; and (II) Order (A) Approving the Agreement for the Sale and Purchase of the Assets Free and Clear of Liens, Claims, Encumbrances and Interests, Subject to Higher and/or Otherwise Better Offers and (B) Granting Related Relief, filed on August 23, 2010 [Docket No. 586]**

Status:

This matter will go forward as the sale hearing. The responses of the United States Trustee and Colin Anten were overruled at the bid procedures hearing.

7. Motion of the Official Committee of Unsecured Creditors of Centaur, *et al.*, Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 9, 2010 [Docket No. 415]

Response Deadline:

July 21, 2010 at 4:00 p.m. Credit Suisse was granted an extension until July 23, 2010 at 12:00 p.m. to respond. The Official Committee of Unsecured Creditors was granted leave to file a reply until has until July 26, 2010 at 5:00 p.m.

Related Documents:

a) Notice of Filing (Correctly Formatted and Redacted Version of Exhibit A), filed on July 9, 2010 [Docket No. 417]

9

Response(s) Received:

a) Debtors' Limited Response to the Motion of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 21, 2010 [Docket No. 447]

b) Objection of Credit Suisse AG, Cayman Islands Branch to the Motion of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, Pursuant to 11 U.S.C. Sections 105(a), 1103(c) and 1009(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 23, 2010 [Docket No. 461]

    i) Declaration of Melinda S. Franek In Support of Objection of Credit Suisse AG, Cayman Islands Branch to the Motion of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, Pursuant to 11 U.S.C. Sections 105(a), 1103(c) and 1009(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 23, 2010 [Docket No. 462]

c) Reply of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, in Support of Its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 26, 2010 [Docket No. 476]

Status:

This matter will go forward.

8. Motion of the Official Committee of Unsecured Creditors of Centaur, *et al.*, to File Under Seal (I) Discrete Portions of Its Motion Pursuant to 11 U.S.C. §§ 105(a), 1103(c) and 1109(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and (II) Part of Exhibit A and Part of Exhibit B Thereto, filed on July 9, 2010 [Docket No. 416]

Response Deadline:

July 21, 2010 at 4:00 p.m.

Related Documents:

None.

Response(s) Received:

None.

Status:

This matter will go forward.

9. Motion to File Under Seal of Credit Suisse AG, Cayman Islands Branch for an Order Sealing the Exhibits to the Declaration of Melinda S. Franek in Support of Objection of Credit Suisse AG, Cayman Islands Branch to the Motion of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, Pursuant to 11 U.S.C. Sections 105(a), 1103(c) and 1009(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 23, 2010 [Docket No. 463]

Response Deadline:

July 28, 2010 at 11:00 a.m.

Related Documents:

a) Motion of Credit Suisse AG, Cayman Islands Branch, Pursuant to Local Rule 9006-1(e), for an Order Shortening the Time for Notice of Motion to File Under Seal of Credit Suisse AG, Cayman Islands Branch for an Order Sealing the Exhibits to the Declaration of Melinda S. Franek in Support of Objection of Credit Suisse AG, Cayman Islands Branch to the Motion of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, Pursuant to 11 U.S.C. Sections 105(a), 1103(c) and 1009(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 23, 2010 [Docket No. 464]

b) Order Shortening the Time for Notice of the Motion of Credit Suisse AG, Cayman Islands Branch, Pursuant to Local Rule 9006-1(e), for an Order Sealing the Exhibits to the Declaration of Melinda S. Franek in Support of Objection of Credit Suisse AG, Cayman Islands Branch to the Motion of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, Pursuant to 11 U.S.C. Sections 105(a), 1103(c) and 1009(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 23, 2010 [Docket No. 468]

c)  Notice of Hearing on Motion of Credit Suisse AG, Cayman Islands Branch, for an Order Sealing the Exhibits to the Declaration of Melinda S. Franek in Support of Objection of Credit Suisse AG, Cayman Islands Branch to the Motion of the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, Pursuant to 11 U.S.C. Sections 105(a), 1103(c) and 1009(b), for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Claims on Behalf of the Debtors' Estates and for Other Relief, filed on July 23, 2010 [Docket No. 470]

Response(s) Received:

None.

Status:

This matter will go forward.

10. Motion of Elizabeth Dickey for Relief from Stay Under Section 362 of the Bankruptcy Code, filed on August 3, 2010 [Docket No. 509]

Response Deadline:

August 18, 2010 at 4:00 p.m. The Debtors were granted an extension to respond until August 20, 2010.

Related Documents:

None.

Response(s) Received:

None.

Status:

The parties have resolved this matter and the Debtors will submit a stipulation at the hearing.

11. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of a Certain Unexpired Lease and Certain Executory Contracts Pursuant to Section 365 of the Bankruptcy Code and Rule 6006 of the Federal Rules of Bankruptcy Procedure and (II) Establishing Cure Amounts, filed on August 6, 2010 [Docket No. 517]

Response Deadline:

August 18, 2010 at 4:00 p.m.

Related Documents:

None.

Response(s) Received:

a) Limited Opposition to Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of a Certain Unexpired Lease and Certain Executory Contracts Pursuant to Section 365 of the Bankruptcy Code and Rule 6006 of the Federal Rule of Bankruptcy Procedure and (II) Establishing Cure Amounts, filed on August 18, 2010 [Docket No. 556]

Status:

This matter will go forward.

12. Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on August 10, 2010 [Docket No. 531]

Response Deadline:

August 19, 2010 at 4:00 p.m.

Related Documents:

a) Debtors' Motion to Shorten Notice with Respect to (1) the Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief; and (2) Debtors' Motion for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Transfer Motion, filed on August 10, 2010 [Docket No. 533]

b) Order Granting Debtors' Motion to Shorten Notice with Respect to (1) the Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued

13

on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief; and (2) Debtors' Motion for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Transfer Motion, entered on August 11, 2010 [Docket No. 539]

c) Notice of Hearing, filed on August 11, 2010 [Docket No. 540]

Response(s) Received:

a) Limited Objection of Wells Fargo Bank, National Association, as Second Lien Agent, to the Debtors' Motion to Approve (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on August 19, 2010 [Docket No. 559]

b) The United States Trustee's Omnibus Objection to the Debtors' Motion to Approve (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to Be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to Be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief (Bid Procedures Motion) and the Debtors' Motion to File under Seal for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Debtors' Motion for Entry of an Order Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to Be Issued on the Effective Date in the Reorganized Conveyed Entities (D. E. 531, 532), filed on August 19, 2010 [Docket No. 562]

c) Objection of the Official Committee of Centaur, LLC, *et al.* to Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of

14

Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on August 19, 2010 [Docket No. 563]

    d)     San Pasqual Casino Development, Inc.'s Objection to Debtors' Motion for Entry of (1) an Order Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on August 19, 2010 [Docket No. 566]

    e)     **Response of Credit Suisse AG, Cayman Islands Branch to the Limited Objection of the Official Committee of Centaur, LLC, *et al.* to Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on August 23, 2010 [Docket No. 588]**

Status:

This matter will go forward.

13.     Debtors' Motion for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on August 10, 2010 [Docket No. 532]

Response Deadline:

August 19, 2010 at 4:00 p.m.

Related Documents:

a)  Debtors' Motion to Shorten Notice with Respect to (1) the Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief; and (2) Debtors' Motion for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Transfer Motion, filed on August 10, 2010 [Docket No. 533]

b)  Order Granting Debtors' Motion to Shorten Notice with Respect to (1) the Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief; and (2) Debtors' Motion for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Transfer Motion, entered on August 11, 2010 [Docket No. 539]

c)  Notice of Hearing, filed on August 11, 2010 [Docket No. 541]

Response(s) Received:

a)  The United States Trustee's Omnibus Objection to the Debtors' Motion to Approve (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to Be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to Be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief (Bid Procedures Motion) and the Debtors' Motion to File under Seal for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Debtors' Motion for Entry of an Order Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to Be Issued on the Effective Date in the Reorganized Conveyed Entities (D. E. 531, 532), filed on August 19, 2010 [Docket No. 562].

Status:

This matter will go forward.

14. Professionals' First Interim Fee Applications

    Response Deadline:

    See Exhibit A

    Related Documents:

    See Exhibit A

    Response(s) Received:

    a)  Limited Objection and Reservation of Rights of Wells Fargo Bank, National Association, as Agent, to the Monthly Fee Applications of Blackstone Advisory Partners L.P. [D.I. No. 301], Fox Rothschild LLP [D.I. No. 313], Ice Miller LLP [D.I. No. 278], and White & Case LLP [D.I. Nos. 290 and 293], filed on June 14, 2010 [Docket No. 318]

    b)  Combined Limited Objection of First Lien Agent to the Second and Third Monthly Fee Applications of Blank Rome LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses, filed on July 20, 2010 [Docket No. 445]

    c)  Limited Objection of First Lien Agent to the First Interim Fee Application of Blank Rome LLP, Counsel to the Official Committee of Unsecured Creditors of Centaur PA Land, LP, *et al.*, and Centaur, LLC, *et al.*, for Compensation and Reimbursement of Expenses for the Period of March 17, 2010 through May 31, 2010, filed on August 6, 2010 [Docket No. 521]

    d)  Reply of Blank Rome LLP, Counsel to the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, in Further Support of Second and Third Monthly Fee Applications of Blank Rome LLP, filed on August 9, 2010 [Docket No. 526]

    e)  Reply of Blank Rome LLP, Counsel to the Official Committee of Unsecured Creditors of Centaur, LLC, *et al.*, in Further Support of the First Quarterly Fee Application of Blank Rome LLP, filed on August 19, 2010 [Docket No. 565]

    Status:

    Blank Rome LLP intends to adjourn the hearing on its quarterly fee application to the omnibus hearing scheduled for October 5, 2010 at 1:00 p.m. The Agent for

17

the First Lien Lenders has indicated it opposes such adjournment. The hearing on all other quarterly fee applications will go forward.

Dated: August 25, 2010
      Wilmington, Delaware

FOX ROTHSCHILD LLP

*/s/ Jeffrey M. Schlerf/*

Jeffrey M. Schlerf, Esq. (No. 3047)
Eric M. Sutty, Esq. (No. 4007)
John H. Strock, Esq. (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard Uzzi, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd, Esq.
Lane E. Begy, Esq.
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys to the Debtors and
Debtors in Possession