| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| CENTAUR, LLC, et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-10799 |
| Debtor | } Amount $ 650.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**JOSE & SONS ICE SCULPTORS**
**54 N BELLEVIEW PL**
**INDIANAPOLIS, IN 46222**

The transfer of your claim as shown above in the amount of **$ 650.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/JEFFREY CARESS
      Liquidity Solutions Inc
      (201) 968-0001

3165383

**TRANSFER NOTICE**

Jose & Sons Ice Sculptors ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **CENTAUR, LLC, et al.** (the "Debtor"), in the aggregate amount of **$650.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-10799.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010

Jose & Sons Ice Sculptors

_Kathleen M Hernandez_
(Signature)

_Kathleen Hernandez (GM)_
(Print Name and Title)

_Jeffrey L. Caress_
Liquidity Solutions, Inc.

CENTAUR, LLC, et al.
Claim #
Jose & Sons Ice Sculptors


3165383