# SIGN-IN-SHEET

CASE NAME: Centaur, LLC
CASE NO. 10-10799-KJC

COURTROOM LOCATION: 5
DATE: August 25, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Schlert | Fox Rothschild | Debtors |
| Eric Sutty | " | " |
| Michael Shepherd | White & Case | " |
| Andrew Hammond | " | " |
| Kathrine Monahan | " | " |
| Tori Gulfoyle | Blank Rome LLP | Creditors' Committee |
| Regina Stango Kelbon | " | " |
| Michael Brownstein | " | " |
| David Dovey | " | " |
| John H. Knight | Richards Layton & Finger | Wells Fargo as 2nd Lien Agent |
| Adam C. Harris | Schulte Roth & Zabel | " |
| Sanjay Thapar | " | " |
| Michael R. Lastowski | Duane Morris | Credit Suisse as 1st Lien |

# SIGN-IN-SHEET

**CASE NAME:** Centaur, LLC
**CASE NO.** 10-10799-KJC

**COURTROOM LOCATION:** 5
**DATE:** August 25, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sommers L. Ross | " | " |
| Christopher Harris | Latham & Watkins | " |
| Melinda Franck | " | " |
| Catherine Martin | " | " |
| Kayla Silver Silverstein | Potter Anderson Corroon | San Pasqual Casino Development |
| Jeffrey Mauin | " | " |
| Jeffrey Wisler | Connor Bove | Luna |
| Richard L. Schepacarter | USDOJ - OUST | OST |

# Court Conference

Calendar Date: 08/25/2010
Calendar Time: 11:00 AM ET

# U.S. Bankruptcy Court-Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Kevin J. Carey
# #5

1st Revision 08/25/2010 06:37 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Centaur, LLC, et al. | 10-10799 | Hearing | 3703690 | Anthony Aaron | (317) 236-2493 ext. 00 | Ice Miller | Interested Party, Ice Miller / LIVE |
| | | Centaur, LLC, et al. | 10-10799 | Hearing | 3693914 | Robert J. Brown | 859-233-2012 | Wyatt, Tarrant & Combs, LLP | Creditor, Churchill Downs Incorporated / LISTEN ONLY |
| | | Centaur, LLC, et al. | 10-10799 | Hearing | 3703768 | Jermoe de Almedia | (212) 583-5879 | The Blackstone Advisory | Financial Advisor, The Blackstone Advisory / LIVE |
| | | Centaur, LLC, et al. | 10-10799 | Hearing | 3703725 | Kimberly Regashus | (317) 569-6306 | Clifton Gunderson | Interested Party, Clifton Gunderson / LIVE |
| | | Centaur, LLC, et al. | 10-10799 | Hearing | 3625807 | Matthew J. Sodl | (310) 335-9333 | Innovation Capital, LLC | Financial Advisor, Innovation Capital, LLC / LIVE |