# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| CENTAUR, LLC, et al.,[1] | : Case No. 10-10799 (KJC) |
| Debtors. | : (Jointly Administered) |
| | : Related to Docket Nos. 532 |

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that on Centaur, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby withdraws, without prejudice, the **Debtors' Motion for Entry of an Order Sealing Certain Terms of the Bidding Protections in Connection with the Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP filed their chapter 11 petitions on October 28, 2009. The remaining Debtors filed their chapter 11 petitions on March 6, 2010.

Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief [Docket No. 532].

Dated: August 26, 2010
   Wilmington, Delaware

FOX ROTHSCHILD LLP

*/s/ Eric M. Sutty*

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

  -and-

Gerard Uzzi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

  -and-

Michael C. Shepherd
Lane E. Begy
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for the Debtors and
Debtors in Possession