| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| CENTAUR, LLC, et al. | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 10-10799 |
| <u>Debtor</u> | } **Amount $1,900.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**KLOSTERMAN BAKING CO**
**PO BOX 712572**
**CINCINNATI, OH 45271**


The transfer of your claim as shown above in the amount of **$1,900.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.


      By/s/JEFFREY CARESS
      Liquidity Solutions Inc
      (201) 968-0001


      3165487

**TRANSFER NOTICE**

Klosterman Baking Co ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **CENTAUR, LLC, et al.** (the "Debtor"), in the aggregate amount of **$1,900.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-10799.

IN WITNESS WHEREOF, Assignor has signed below as of the 3 day of August, 2010

Klosterman Baking Co

_____
(Signature)

Brian Fey, Controller
(Print Name and Title)

_____
JEFFREY L. CARESS
Liquidity Solutions, Inc.

CENTAUR, LLC, et al.
Claim #
Klosterman Baking Co



3165487