# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: **Centaur, LLC, ET AL.,**                    Case No. **10-10799**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SONAR CREDIT PARTNERS, LLC**                    **Gilchrist & Soames**
Name of Transferee                                Name of Transferor


Name and Address where notices to transferee      Court Claim # (if known): N/A
should be sent:                                    Amount of Claim: **$3,768.00**
                                                   Date Claim Filed: N/A

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**                          Phone: N/A
Last Four Digits of Acct #: N/A                    Last Four Digits of Acct. #: N/A

Name and Address where transferee payments         Name and Current Address of Transferor:
should be sent (if different from above):
                                                   Gilchrist & Soames
                                                   PO Box 33806
                                                   1535 E. Naomi Street
                                                   Indianapolis, IN 46203

                                                   PO Box 660075
                                                   Indianapolis, IN 46266

Phone: N/A
Last Four Digits of Acct #: N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                            Date: 10/28/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court ("Bankruptcy Court")
                District of Delaware
                Attn: Clerk

AND TO:     Centaur Colorado, LLC ("Debtor"), Case No. 10-10800
                (Jointly Administered under Centaur, LLC, Case No. 10-10799)

Claim # (if known): N/A

**GILCHRIST & SOAMES**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **SONAR CREDIT PARTNERS, LLC**
        200 Business Park Drive
        Suite 201
        Armonk, NY 10504
        Attn: Michael Goldberg
        Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$3,768.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October _27TH_, 2010.

| **ASSIGNOR** | **ASSIGNEE** |
|---|---|
| Signature: _(signature)_ | Signature: _(signature)_ |
| Name: DAN THomas | Name: Michael Goldberg |
| Title: VP Finance | Title: Managing Member |
| Date: 10-27-10 | Date: 10-28-10 |

In re: Centaur Colorado, LLC

Exhibit F-1
Unsecured Trade Payables

| Name | Address | CSZ | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| CDW Direct LLC | 200 N MILWAUKEE AVE | VERNON HILLS, IL 60061 | | | | $8,926 |
| Center Auto Repair | 12301 W CENTER AVE | LAKEWOOD, CO 80228 | | | | $78 |
| Cintas | PO BOX 633842 | Cincinnati, OH 45263 | | | | $470 |
| City of Central | PO Box 249 | Central City, CO 80427-0249 | | | | $6,296 |
| Clear Creek Supply | PO BOX 637 | IDAHO SPRINGS, CO 80452-0637 | | | | $31 |
| Colorado Chinese News | 1562 W ALAMEDA AVE | DENVER, CO 80223 | | | | $860 |
| Colorado Coach Transportation | 2080 PEARL HOWLETT | LONGMONT, CO 80504 | | | | $2,522 |
| Conserve A Watt | PO BOX 40279 | DENVER, CO 80204 | | | | $870 |
| Consolidated Electrical | PO BOX 22254 | DENVER, CO 80222 | | | | $40 |
| Coors Distributing | 5400 PECOS ST | DENVER, CO 80221 | | | | $3,261 |
| Corporate Express Doc & Print | P O BOX 33421 | CHICAGO, IL 60694-3421 | | | | $1,544 |
| Cresco Restaurant Supply | 751 BILLINGS ST | AURORA, CO 80011 | | | | $40 |
| Cummins Allison Corp | PO BOX 339 | Mt Prospect, IL 60056 | | | | $485 |
| Cummins Rocky Mountain | LOCK BOX 123 | DENVER, CO 80256-0123 | | | | $1,045 |
| Custom Card Solutions | 6950 SOUTH TUCSON WAY, SUITE R | CENTENNIAL, CO 80112 | | | | $440 |
| Custom Flag Company | 3995 WEST 73RD AVENUE | WESTMINSTER, CO 80030 | | | | $127 |
| Danielle Furlong | 737 WASHINGTON ST #303 | DENVER, CO 80212 | | | | $640 |
| DenCoors Distributing | 5400 Pecos St | Denver, CO 80221 | | | | $0 |
| Denver Cutlery, Inc | 1607 W 55TH AVE, P O BOX 21797 | DENVER, CO 80221-0797 | | | | $1,726 |
| Denver Syrup | 353 W 56th Ave | Denver, CO 80216 | | | | $2,264 |
| Destination Colorado | 95 HOLLAND ST | LAKEWOOD, CO 80226 | | | | $540 |
| DirectTV | PO Box 60036 | Los Angeles, CA 90060-0036 | | | | $304 |
| Dougherty Relations | 1130 GRANT STREET | DENVER, CO 80203 | | | | $404 |
| Earthlink Inc | PO BOX 530530 | ATLANTA, GA 30353-0530 | | | | $150 |
| Edward Michel | 12364 W Alameda Pkwy | Lakewood, CO 80228 | | | | $175 |
| Event Rents | 4940 FOX ST | DENVER, CO 80216 | | | | $148 |
| Exempla Healthcare EPN | Ste 100D, 2420 West 26th Avenue | Denver, CO 80211 | | | | $35 |
| Experian | DEPT 1971 | Los Angeles, CA 90088 | | | | $225 |
| Fastenal | PO BOX | WINONA, MN 55987 | | | | $26 |
| Fastenal Ind & Const Supplies | PO BOX 348 | WINONA, MN 55987 | | | | $56 |
| Fastsigns Colorado | 1000 S WADSWORTH STE I | LAKEWOOD, CO 80226 | | | | $173 |
| Federal Beverage Control of Colorado Inc | 770 S COORS CT | LAKEWOOD, CO 80228 | | | | $15 |
| Federal Heating Supply | 175 S FEDERAL BLVD | DENVER, CO 80219 | | | | $3,400 |
| FedEx | PO BOX 94515 | Palatine, IL 60094-4515 | | | | $221 |
| Front Range Printing | PMB 301 - 305 W MAGNOLIA | FT COLLINS, CO 80521 | | | | $88 |
| Frontier Radio | 8745 E ORCHARD RD STE 518 | ENGLEWOOD, CO 80111 | | | | $638 |
| FTI Group | 4228 N CENTRAL EXPWY LB 31 | DALLAS, TX 75206 | | | | $595 |
| Gaming Partners International | 1700 INDUSTRIAL RD | LAS VEGAS, NV 89102 | | | | $3,158 |
| George T Sanders | P O BOX 118 | DENVER, CO 80201-0118 | | | | $128 |
| Gericke, Robert | PO BOX 16125 | GOLDEN, CO 80402 | | | | $208 |
| Gilchrist & Soames | PO Box 660075 | Indianapolis, IN 46266 | | | | $3,768 |