# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Centaur, LLC, ET AL.,**　　　　　　　Case No. **10-10799**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC**<br>Name of Transferee | **Action Temps, LLC**<br>Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>**SONAR CREDIT PARTNERS, LLC**<br>**200 BUSINESS PARK DRIVE, SUITE 201**<br>**ARMONK, NY 10504**<br><br>Phone: **(914) 730-1005**<br>Last Four Digits of Acct #: N/A | Court Claim # (if known): CGR-000305<br>Amount of Claim: **$7,300.93**<br>Date Claim Filed: 9/21/2010<br><br><br><br>Phone: N/A<br>Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br><br>Action Temps, LLC<br>dba Action Staffing Personnel<br>6001 East Colfax Ave.<br>Denver, CO 80220 |

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg　　　　　　　　　　Date: 11/4/2010
　　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: Centaur Colorado, LLC ("Debtor"), Case No. 10-10800
(Jointly Administered under Centaur, LLC, Case No. 10-10799)

Claim #: CGR-000305

**ACTION TEMPS, LLC DBA ACTION STAFFING PERSONNEL**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SONAR CREDIT PARTNERS, LLC
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $7,300.93 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 4, 2010.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: *Maris A Paul* | Signature: *Michael Goldberg* |
| Name: Maris A Paul | Name: Michael Goldberg |
| Title: Regional Manager | Title: Managing Member |
| Date: 11/4/2010 | Date: 11/4/2010 |



Form printed on 9/21/2010 2:52:28 PM (312132280BA1B51CC1C64311EAF2C91F)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|
| Name of Debtor: 10-10800 (KJC) - Centaur Colorado, LLC | Case Number: 10-10800 (KJC) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Action Temps, LLC dba Action Staffing Personnel

Name and address where notices should be sent:
Action Staffing Personnel
6001 East Colfax Unit A
Denver, CO 80220
USA

Telephone Number: 3033160767     eMail Address: marine478@comcast.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number (*if known*):

Filed On:

Name and address where payment should be sent (if different from above):

Telephone Number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 7300.93

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Services Performed
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 0707
   **3a. Debtor may have scheduled account as:**
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:     ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $          Annual Interest Rate:    %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $

Basis for perfection:

Amount of Secured Claim: $          Amount Unsecured: $

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)( ).

**Amount entitled to priority:** $ 7300.93

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 092110

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/signed/
Mario Paul  (3033160767)
Credit Manager
6001 East Colfax Unit A
Denver , CO  80220
USA

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**Claims Management**

## Claim Details

> Claim Number: CGR-000305
> Creditor: Action Temps, LLC dba Action Staffing Personnel
> Date Filed: Sep 21, 2010
> Debtor: 10-10800 (KJC) - Centaur Colorado, LLC
> Status: To Be Resolved

**Original Amount**

| | Secured | Admin | Priority |
|---|---|---|---|
| | $0.00 | $0.00 | $7,300.93 |

**Current Amount**

| | Secured | Admin | Priority |
|---|---|---|---|
| | $0.00 | $0.00 | $7,300.93 |

AlixPartners LLP