## NOTICE OF CLAIMS PURCHASE AGREEMENT

ARCHON BAY CAPITAL LLC, (as assignee of IMI - 2303), a Delaware limited liability company, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, L.P., its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $5,401.00 (defined as the "Claim") against CENTAUR LLC et al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Jointly Administered at Case No. 10-10799 (KJC) (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 15th day of November, 2010.

WITNESS _____
(Signature)
Robert Sparkman
(Print Name and Title of Witness)

ARCHON BAY CAPITAL LLC
_____
(Signature of Corporate Officer)
_____, MD
(Print Name and Title of Corporate Officer)

WITNESS _____
(Signature)
Kevin Barrett
(Print Name and Title of Witness)

CORRE OPPORTUNITIES FUND, L.P.
_____
(Signature of Corporate Officer)
Eric Soderlund
(Print Name and Title of Corporate Officer)

Exhibit "A"