IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTAUR, LLC et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10799 (KJC)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 13, 2010 AT 10:00 A.M. (EASTERN TIME)**

**I.   CONTINUED MATTERS:**

1. Debtors' Motion for an Order (I) Authorizing the Debtors to Perform Their Obligations under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and (II) Approving Payment of Certain Fees and Expenses Thereunder, filed on April 14, 2010 [Docket No. 153][2]

   Response Deadline:

   May 7, 2010 at 4:00 p.m.

   Related Documents:

   a) Notice of Hearing Regarding Debtors Motion for an Order (I) Authorizing the Debtors to Perform their Obligations under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and (II) Approving Payment of Certain Fees and Expenses Thereunder, filed on April 15, 2010 [Docket No. 161]

   Response(s) Received:

   a) Objection of Wells Fargo Bank, National Association, as Agent for the Second Lien Lenders, to the 2010 Debtors' Motion for an Order (I) Authorizing the Debtors to Perform Their Obligations under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b) and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP filed their chapter 11 petitions on October 28, 2009. The remaining Debtors filed their chapter 11 petitions on March 6, 2010.

[2] Unless otherwise indicated, all Docket Nos. are from Case No. 10-10799 (KJC).

507(a) of the Bankruptcy Code and (II) Approving Payment of Certain Fees and Expenses Thereunder, filed on May 7, 2010 [Docket No. 231]

b) Objection of the Official Committee of Unsecured Creditors of Centaur, LLC, et al., to Debtors Motion for an Order (i) Authorizing the Debtors to Perform Their Obligations under the DIP Engagement Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and (ii) Approving Payment of Certain Fees and Expenses Thereunder, filed on May 7, 2010 [Docket No. 234]

Status:

The parties agree to continue this matter to the omnibus hearing scheduled for January 21, 2011 at 10:00 a.m.

2. Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order under 11 U.S.C. Section 1112(b) Converting the 2009 Debtors Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, filed on March 25, 2010 [(Case No. 09-13760) Docket. No. 189]

Response Deadline:

April 8, 2010 at 4:00 p.m.

Related Documents:

a) Re-Notice of Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order under 11 U.S.C. § 1112(b) Converting the 2009 Debtors Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 236]

Response(s) Received:

a) Objection of the Official Committee of Unsecured Creditors of the Above-Captioned Debtors regarding Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order under 11 U.S.C. § 1112(b) Converting the 2009 Debtors Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 224; (Case No. 10-10799) Docket No. 110]

b) PREIT-RUBIN, INC., and PR Valley Downs, L.P.'s Response to the Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order under 11 U.S.C. Section 1112(b) Converting the 2009 Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 228]

c) Objection of Valley View Downs Debtors' to Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order Converting the Valley

View Downs Debtors' Chapter 11 Cases to Cases under Chapter 7, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 234]

d) Statement of Credit Suisse AG, Cayman Islands Branch, in Support of Valley View Downs Debtors' Objection to Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order under 11 U.S.C. § 1112(b) Converting the Valley View Downs Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, filed on April 8, 2010 [(Case No. 09-13760) Docket No. 235]

e) Valley View Downs Debtors Supplemental Objection to Motion of Wells Fargo Bank, N.A., as Agent, for the Entry of an Order under 11 U.S.C. § 1112(b) Converting the Valley View Downs Debtors Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, filed on September 28, 2010 [Docket No. 702]

f) Second Lien Agent's Reply to the Objection and Supplemental Objection of the 2009 Debtors to the Second Lien Agent's Motion for the Entry of an Order under 11 U.S.C. § 1112(b) Converting the 2009 Debtors Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, filed on September 30, 2010 [Docket No. 709]

Status:

The parties agree to continue this matter to the omnibus hearing scheduled for January 21, 2011 at 10:00 a.m.

3. Debtors' Second Omnibus Objection (Substantive), filed on September 22, 2010 [Docket No. 689]

Response Deadline:

October 26, 2010 at 4:00 p.m.

Related Documents:

a) Order Sustaining Debtors' Second Omnibus Objection (Substantive) to Certain Claims, entered November 2, 2010 [Docket No. 889]

Response(s) Received:

a) Response by Churchill Downs Incorporated to Debtors' Second Omnibus Objection (Substantive) to Certain Claims, filed on October 26, 2010 [Docket No. 820]

b) Response to the Second Omnibus Objection as to Duplicative Claim filed by Terrence Joseph Ploski on October 26, 2010 [Docket No. 821]

3

Status:

The parties agree to continue the matter with respect to the claims of Churchill Downs Incorporated and Terrence Joseph Ploski to the omnibus hearing scheduled for January 21, 2011 at 10:00 a.m. All other claims have been resolved.

4. Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on October 18, 2010 [Docket No. 764]

    Response Deadline:

    January 3, 2011 at 4:00 p.m.

    Related Documents:

    a) Disclosure Statement Relating to the Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors, filed on October 18, 2010 [Docket No. 766]

    b) Disclosure Statement Relating to the Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors [Blacklined], filed on October 18, 2010 [Docket No. 767]

    c) Order (I) Approving the Disclosure Statement Relating to the Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and its Affiliated Debtors; (II) Approving Form of Ballots and Proposed Solicitation, Voting and Tabulation Procedures for the Plan and Plan Confirmation Process; (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof; and (IV) Scheduling a Hearing on Plan Confirmation, entered October 20, 2010 [Docket No. 783]

    d) Order (I) Adjourning Hearing on Confirmation of the Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors; (II) Extending the Deadline for Voting on the Plan and (III) Extending the Deadline for Objecting to Confirmation of the Plan, entered November 24, 2010 [Docket No. 985]

    e) Notice of Adjourned Hearing on Confirmation of the Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors, (B) Extended Deadline for Voting on the Plan and (C) Extended Deadline for Objecting to the Plan, filed on November 24, 2010 [Docket No. 986]

Response(s) Received:

a) Objection of Caterpillar Financial Services Corporation to Debtors' Proposed Cure Amount, filed on November 29, 2010 [Docket No. 992]

Status:

This matter has been continued to the confirmation hearing scheduled for January 21, 2011 at 10:00 a.m.

5. Motion of Blank Rome LLP, Counsel for the Official Committee of Unsecured Creditors of Centaur, LLC and Affiliated Debtors, for Entry of an Order (I) Clarifying and Correcting the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members and (II) Directing First Lien Agent to Comply with Such Order *Nunc Pro Tunc* to April 13, 2010, filed [Docket No. 991]

Response Deadline:

December 6, 2010 at 4:00 p.m. The deadline to respond for the First Lien Agent was extended to January 14, 2011 at 4:00 p.m.

Related Documents:

a) Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members, entered on April 13, 2010 [Docket No. 144]

Response(s) Received:

None as of this date and time.

Status:

The parties agree to continue this matter to the omnibus hearing scheduled for January 21, 2011 at 10:00 a.m.

II. **MATTERS WITH CERTIFICATES OF NO OBJECTION:**

6. Debtors' Third Motion Pursuant to 11 U.S.C. § 365(d)(4) for an Order Extending the Time Period Within Which the Centaur Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property, filed on November 22, 2010 [Docket No. 973]

Response Deadline:

December 6, 2010 at 4:00 p.m.

Related Documents:

a) Certificate of No Objection Regarding Debtors' Third Motion Pursuant to 11 U.S.C. § 365(d)(4) for an Order Extending the Time Period Within Which the Centaur Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property, filed on December 8, 2010 [Docket No. 1028]

b) Proposed Order

Response(s) Received:

None.

Status:

A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

7. Application of Debtor Centaur, LLC and Debtor Centaur Pennsylvania, LLC Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Cross & Simon, LLC as Special Litigation Counsel *Nunc Pro Tunc* to November 17, 2010, filed on November 24, 2010 [Docket No. 988]

Response Deadline:

December 6, 2010 at 4:00 p.m.

Related Documents:

a) Certificate of No Objection Regarding Application of Debtor Centaur, LLC and Debtor Centaur Pennsylvania, LLC Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Cross & Simon, LLC as Special Litigation Counsel *Nunc Pro Tunc* to November 17, 2010, filed on December 8, 2010 [Docket No. 1029]

b) Proposed Order

Response(s) Received:

None.

Status:

A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

## III. MATTERS GOING FORWARD:

8. Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on August 10, 2010 [Docket No. 531]

Response Deadline:

December 3, 2010 at 4:00 p.m. The deadline to respond for the First Lien Agent, the Second Lien Agent and the Official Committee of Unsecured Creditors was extended to December 7, 2010 at 7:00 p.m. The deadline to respond for San Pasqual was extended to December 8, 2010 at 4:00 p.m.

Related Documents:

a) Order (A) Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective date in the Reorganized Conveyed Entities; (B) Scheduling an Auction and Final Hearing; and (c) Approving the Form and Manner of Notice Thereof, entered on August 31, 2010 [Docket No. 621]

b) Notice of (I) Filing of Form of Agreement Between Centaur Pennsylvania, LLC, as Seller, and American Harness Tracks, LLC, as Purchaser, for the Purchase of the Equity Interests to be Issued on the Effective Date of Reorganized Valley View Downs, LP, Reorganized Centaur PA Land Management, LLC, Reorganized Centaur PA Land General Partner, LP and Reorganized Centaur PA Land, LP; (II) Deadline to Object to Entry of an Order Approving the Transfer of Such Equity Interests to American Harness Tracks, LLC; and (III) Hearing to Approve the Transfer of Such Equity Interests to American Harness Tracks, LLC, filed on October 26, 2010 [Docket No. 826]

c) Notice of Filing of Proposed Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities and (B) Granting Related Relief, filed on December 9, 2010 [Docket No. 1031]

d) Declaration of Kurt E. Wilson in Support of Proposed Transfer of Equity Interests to American Harness Tracks, LLC, filed on December 9, 2010 [Docket No. 1032]

Response(s) Received:

a) Limited Objection and Reservation of Rights of Merit WPU LLC to Debtors' Motion for Entry of an Order Approving the Transfer of Equity Interests to American Harness Tracks, LLC, filed on December 3, 2010 [Docket No. 1010]

b) Objection of Bedford Developments Management Company, LLC to Motion to Approve Sale of Equity Interests to be Issued on the Effective Date of the Plan Regarding the Valley View Down Debtors, filed on December 3, 2010 [Docket No. 1011]

c) Limited Objection and Reservation of Rights of San Pasqual Casino Development, Inc. to Debtors' Motion for Entry of (I) an Order Authorizing and Approving Bidding Procedures for the Purchase of the Equity Interests to be Issued on the Effective Date in the Reorganized Conveyed Entities; (B) Scheduling a Hearing to Approve Certain Bidding Protections; (C) Scheduling an Auction and Final Hearing; and (D) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on December 8, 2010 [Docket No. 1023]

d) Omnibus Reply to Objections to Debtors' Motion for Entry of an Order (A) Authorizing the Transfer of the Equity Interests to be Issued on the Effective Date in the Conveyed Entities Free and Clear of Liens; and (B) Granting Related Relief, filed on December 9, 2010 [Docket No. 1033]

Status:

This matter is going forward.

Dated: December 9, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf, Esq. (No. 3047)
Eric M. Sutty, Esq. (No. 4007)
John H. Strock, Esq. (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard Uzzi, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd, Esq.
Lane E. Begy, Esq.
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys to the Debtors and
Debtors in Possession

WM1A 972468v7 12/09/10