# United States Bankruptcy Court

### District of Delaware

In re: **Centaur, LLC, et al.**
Case Number 10-10799
Entity Name Centaur Colorado, LC
Entity Case Number 10-10800

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Restoration Holdings LTD** | **Blue Heron Micro Opportunities Fund LLP** (as assignee of Tundra Specialties) |

Name and Address where notices to transferee should be sent:

**Restoration Holdings LTD**
**325 Greenwich Avenue, 3rd Floor**
**Greenwich, CT 06830**
**Attn: Claims Processing (Bankruptcy)**
Phone:
203.769.5795

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Account #: _____    Last Four Digits of Account #: _____

Name and Address where transferee payments should be sent (if different from above)

Name and Current Address of Transferor
**Blue Heron Micro Opportunities Fund LLP**
**PO Box 14610**
**Surfside Beach, SC 29587**

Phone: *Same as Above*

Claim Amount: **$542.39**
Phone:

Last Four Digits of Account #: _____    Last Four Digits of Account #: _____

Court Claim # (if known):
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/David P. Tonner___    Date: **03/30/2011**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**