# United States Bankruptcy Court
## District of Delaware

In Re:         Centaur, LP
Case No:       10-10799 (Jointly Administered)
Entity Name:   Centaur Racing, LLC
Case No:       10-10802

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. CGR-000264 HAS BEEN FILED IN CENTAUR RACING, LLC, DEBTOR CASE NO. 10-10802, or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Credit Suisse Loan Funding LLC** | **Credit Suisse International** |

Court Claim # :CGR-000264
Filed Amount of Claim:        $28,854,921.96
Amount of Claim Transferred:  $28,854,921.96
Date Claim Filed: June 30, 2010

Name and address where notices to transferee should be sent:

Name and Address of Transferor:

Ashwinee Sawh
1 Madison Avenue - 2nd Floor
New York, NY 10010
Telephone: 212-538-2905
Facsimile: 212-538-3477
E-mail: ashwinee.sawh@credit-suisse.com

Copy to:
Andrews Kurth LLP
450 Lexington Ave - 15th Floor
New York, NY 10017
Attn: Ken Rothenberg

Credit Suisse International
Five Canada Square
London E14 5AQ
Great Britain
Attention: Melanie Harries
Facsimile: 44 20 7888 8398
e-mail: melanie.harries@credit-suisse.com

Phone: 212-538-2905                              Phone: 44 20 7888 9695

Last Four Digits of Acct #: ___N/A___            Last Four Digits of Acct. #: ___N/A___

Name and Address where transferee payments should be sent (if different from above):

Phone ___N/A___
Last Four Digits of Acct #: ___N/A___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Ian Landow___                         Date: ___9/12/2011___

*Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C. 152&3571*

NYC:228090.2

## --DEADLINE TO OBJECT TO TRANSFER

  The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court. the transferee will be substituted as the original claimant without further order of the court.

Date:

_____      **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

To: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Credit Suisse Loan Funding LLC

Credit Suisse International ("Seller"), with offices located at Five Canada Square, London E14 5AQ, Great Britain, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Original Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Credit Suisse Loan Funding LLC, with offices located at 11 Madison Avenue, New York, NY 10011 ("Buyer"), all right, title and interest in and to, the claims of Seller against Centaur Racing, LLC, in respect of the Specified Hedging Agreements (as defined in the Plan) between Credit Suisse International and Centaur, LLC, in an amount not less than $28,854,921.96, which claim includes the proof of claim number CGR-000264 in the Chapter 11 case of *In re Centaur Racing, LLC*, Case No. 10-10802 (KJC) pending in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the United States Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the claim as an unconditional assignment and sale, and Buyer herein as the valid owner of the claim. You are hereby requested to make all future payments and distributions of any kind or form, and to give all notices and other communications, in respect of the claim to Buyer.

IN WITNESS WHEREOF, dated as of the 12th day of September 2011

SELLER: BUYER:

CREDIT SUISSE INTERNATIONAL    CREDIT SUISSE LOAN FUNDING LLC

By: _____    By: _____
Name: Neil Maddocks            Name:
Title: MD                      Title:

By: _____    By: _____
Name: Michael Hodgson          Name:
Title: MD                      Title:

NYC:228090.2

# EVIDENCE OF TRANSFER OF CLAIM

To: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Credit Suisse Loan Funding LLC

Credit Suisse International ("Seller"), with offices located at Five Canada Square, London E14 5AQ, Great Britain, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Original Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Credit Suisse Loan Funding LLC, with offices located at 11 Madison Avenue, New York, NY 10011 ("Buyer"), all right, title and interest in and to, the claims of Seller against Centaur Racing, LLC, in respect of the Specified Hedging Agreements (as defined in the Plan) between Credit Suisse International and Centaur, LLC, in an amount not less than $28,854,921.96, which claim includes the proof of claim number CGR-000264 in the Chapter 11 case of *In re Centaur Racing, LLC*, Case No. 10-10802 (KJC) pending in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the United States Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the claim as an unconditional assignment and sale, and Buyer herein as the valid owner of the claim. You are hereby requested to make all future payments and distributions of any kind or form, and to give all notices and other communications, in respect of the claim to Buyer.

IN WITNESS WHEREOF, dated as of the 12th day of September 2011

| SELLER: | BUYER: |
|---|---|
| CREDIT SUISSE INTERNATIONAL | CREDIT SUISSE LOAN FUNDING LLC |
| By:_____ | By: /s/ Gil Golan |
| Name: | Name: Gil Golan |
| Title: | Title: Authorized Signatory |
| By:_____ | By: /s/ Douglas DiBella |
| Name: | Name: Douglas DiBella |
| Title: | Title: Authorized Signatory |

NYC:228090.2