**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **CENTAUR, LLC et al.,**[1] | : | Case No. 10-10799 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | Re: Docket Nos. 1275, 1350 & 1910 |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING SECOND MODIFIED FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR CENTAUR, LLC AND ITS AFFILIATED DEBTORS; (B) OCCURRENCE OF EFFECTIVE DATE; AND (C) BAR DATE FOR FEE CLAIMS AND REJECTION DAMAGE CLAIMS**

**A.** **Notice of Entry of Confirmation Order**

NOTICE IS HEREBY GIVEN that on February 18, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order (the "Confirmation Order") [D.I. 1350] confirming the Second Modified Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors [D.I. 1275] (as modified by the Confirmation Order and the Order Granting Debtors' Motion for Order Approving Post-Confirmation Modifications to Debtors' Second Modified Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors (the "Order Modifying the Plan") [D.I. 1910], (the "Plan") filed by Centaur, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors").[2] Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Plan.

The terms of the Plan, all Plan-related documents (including, but not limited to, the Plan Documents), the Confirmation Order and the Order Modifying the Plan are valid, binding upon the Debtors, the holders of all Claims and Equity Interests, all parties in interest, and all Persons and their respective successors and assigns, and enforceable notwithstanding any otherwise applicable non-bankruptcy law.

---

1   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP (together, the "Valley View Downs Debtors") filed their chapter 11 petitions on October 28, 2009. The remaining Debtors (collectively, the "Centaur Debtors") filed their chapter 11 petitions on March 6, 2010.

2   Notice of entry of the Confirmation Order and certain deadlines restated herein was previously provided by the Notice of (A) Entry of Order Confirming Second Modified Fourth Amended Joint Chapter 11 Plan of Reorganization for Centaur, LLC and Its Affiliated Debtors and (B) Bar Date for Administrative Expense Claims, Fee Claims and Rejection Damage Claims [D.I. 1364], dated February 22, 2011.

**B. Notice of Occurrence of Effective Date of Plan**

NOTICE IS FURTHER GIVEN that on or prior to October 1, 2011 all conditions precedent to the Effective Date had been satisfied or waived pursuant to Section 15.3 of the Plan, and that the Effective Date of the Plan occurred on October 1, 2011, at 12:01 a.m. Eastern Daylight Savings Time. This notice constitutes notice of the Effective Date for purposes of the Plan, Confirmation Order and Order Modifying the Plan.

**C. Notice of Bar Dates for Filing Fee Claims and Rejection Damage Claims**

**(1) Bar Date for Filing Fee Claims**

NOTICE IS FURTHER GIVEN that each Professional who holds or asserts a Fee Claim shall be required to file with the Bankruptcy Court, and serve on all parties required to receive notice, a final Fee Application on or before **November 15, 2011**. **The failure to timely file and serve such final Fee Application shall result in the Fee Claim being forever barred and discharged.**

**(2) Bar Date for Filing Rejection Damage Claims**

NOTICE IS FURTHER GIVEN that all proofs of claim arising from the rejection of executory contracts and unexpired leases or the expiration or termination of any executory contract or unexpired lease prior to the Confirmation Date must be submitted to the Claims Agent, with copies to counsel for the Debtors, as follows:

(a) in the case of an executory contract or unexpired lease rejected by the Debtors prior to the Confirmation Date, in accordance with the Notice of Establishment of June 30, 2010, at 4:00 p.m. Eastern Time as the Bar Date for Filing Certain Proofs of Claim Against the Debtors' Estates, dated May 25, 2010;

(b) in the case of an executory contract or unexpired lease that (i) was terminated or expired by its terms prior to the Confirmation Date, or (ii) is rejected pursuant to Section 14.1 of the Plan, so as to be received on or before **October 31, 2011**; or

(c) in the case of an executory contract or unexpired lease that is or was the subject of a separate motion to reject filed pursuant to section 365 of the Bankruptcy Code by the Debtors before the Effective Date, no later than thirty (30) days after the effective date of the rejection of such contract or lease.

**The failure to timely file and serve such Claims by the deadlines set forth herein, as applicable, shall result in the Claim being forever barred and discharged, and render such Claim unenforceable against the Debtors, their respective Estates, their Affiliates or their Assets.**

NOTE IS FURTHER GIVEN that the Confirmation Order, Plan and Order Modifying the Plan contain other provisions that may affect your rights. You may obtain a copy of the Plan, Confirmation Order and Order Modifying the Plan at http://www.deb.uscourts.gov and http://centaurgaminginfo.com or upon request to the Claims Agent, directly, at the following number: 1-888-369-8913. You are encouraged to review the Confirmation Order, Plan and Order Modifying the Plan in their entirety and consult with your own legal advisors.

Dated: October 1, 2011
      Wilmington, Delaware

FOX ROTHSCHILD LLP

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
L. John Bird (No. 5310)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard H. Uzzi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for the Debtors and
Debtors in Possession