| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| CENTAUR COLORADO LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-10799 |
| Debtor | } Amount **$21,000.00** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CASINO TRANSPORTATION**
**18301 W Colfax # Z**
**GOLDEN, CO 80401**

The transfer of your claim as shown above in the amount of **$21,000.00** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

514127

## TRANSFER NOTICE

Casino Transportation ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Centaur Colorado LLC (the "Debtor"), in the aggregate amount of $21,000.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-10799.

IN WITNESS WHEREOF, Assignor has signed below as of the fifteenth day of September, 2011

Casino Transportation

_____ 9-15-11
(Signature)

Rob Waterman, Vice President
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

JEFF CARESS
(Print Name and Title)

UNITED STATES BANKRUPTCY COURT
DELAWARE

**In re: Centaur Colorado, LLC**  Case Number: 10-10800

**Exhibit F-1**
**Unsecured Trade Payables**

| Name | Address | CSZ | C | U | D | Claim Amount |
|---|---|---|---|---|---|---|
| 7UP RC Bottling Co Inc | PO BOX 625 | ENGLEWOOD, CO 80151-0625 | | | | $1,012 |
| A1 Neon Inc | 1055 ORCHARD ST, UNIT C | GOLDEN, CO 80401 | | | | $141 |
| A1 Textiles Inc | 12386 OSBORNE PLACE | PACOIMA, CA 91331 | | | | $336 |
| Accuity | PO BOX 71690 | CHICAGO, IL 60690 | | | | $683 |
| Ace Express | 14000 W 44TH AVE | Golden, CO 80403 | | | | $15,525 |
| Action Staffing Personnel | F/B/O ACTION STAFFING PERSONNEL | CLEVELAND, OH 44193 | | | | $7,301 |
| Agilysys | 1858 PAYSPHERE CIRCLE | Chicago, IL 60674 | | | | $393 |
| Air Purification Company | 1861 W 64TH LANE | DENVER, CO 80221-2347 | | | | $1,520 |
| Alphagraphics | 1217 Miners Alley | Golden, CO 80401 | | | | $889 |
| ALSCO | 5090 Cook St | Denver, CO 80216 | | | | $15,171 |
| Ambrose, Dave | 500 ENTRADA DRIVE | GOLDEN, CO 80401 | | | | $35 |
| America West Brokerage | 1970 DENVER WEST DR #314 | GOLDEN, CO 80401 | | | | $2,054 |
| America West Foods | 4810 NEWPORT ST | Commerce City, CO 80022 | | | | $9,435 |
| American Gaming and Electronics | 4182 SOLUTIONS CENTER | CHICAGO, IL 60677 | | | | $286 |
| American Hotel Register | P O BOX 94150 | PALATINE, IL 60094-4150 | | | | $726 |
| American Mechanical Services | DEPT 1068 | Denver, CO 80291 | | | | $3,170 |
| Amerspan | PO Box 13188 | Milwaukee, WI 53213 | | | | $187 |
| Amerspan (Total Temporaries) | PO BOX 4535 | DENVER, CO 80204-0535 | | | | $1,816 |
| Applied Industrial Tech | 22510 NETWORK PL | Chicago, IL 60673 | | | | $287 |
| Arapahoe Ice Warrior | YOUTH HOCKEY BOOSTER, INC, PO BOX 3611 | Englewood, CO 80155 | | | | $150 |
| Aristocrat Technologies Inc | 7230 Amigo St | Las Vegas, NV 89119 | | | | $24,951 |
| Arrow Stage Lines | 12295 E 37TH AVE | Denver, CO 80239 | | | | $990 |
| ASCAP | 2675 PACES FERRY RD SE STE 350 | ATLANTA, GA 30339-3913 | | | | $696 |
| Atronic Americas LLC | 15500 GREENWAY-HAYDEN LOOP, SUITE 1 | SCOTTSDALE, AZ 85260 | | | | $8,418 |
| B & D Enterprises | MAIN & LIBERTY STREETS | Russell, PA 16345 | | | | $82 |
| Bally Technologies | 6601 S Bermuda Road | Las Vegas, NV 89052 | | | | $13,740 |
| Beverage Distributors | PO Box 17647 TA | Denver, CO 80217 | | | | $379 |
| Bimbo Bakeries USA | PO BOX 841364 | DALLAS, TX 75284-1364 | | | | $959 |
| Black HawkCentral City Sanitation | P.O. Box 362 | Black Hawk, CO 80422 | | | | $15,930 |
| Bowe Bell + Howell | 3791 S Alston Ave | Durham, NC 27713 | | | | $1,392 |
| Brinks Inc | 1583 Momentum Place | Chicago, IL 60689-5315 | | | | $1,579 |
| Bristol Botanics | 5115 S SANTA FE DR | LITTLETON, CO 80120 | | | | $68 |
| Broadcast Music (BMI) | 10 MUSIC SQ EAST, PO BOX 340014 | NASHVILLE, TN 37203-1000 | | | | $3,421 |
| Budget Building Services Inc | P O BOX 531405 | HENDERSON, NV 89053 | | | | $470 |
| Bullwhackers Gas Station | PO BOX 49 | BLACK HAWK, CO 80422 | | | | $216 |
| Businjay Holdings LLC | 556 S MANILA RD | BENNETT, CO 80102 | | | | $494 |
| Canyon Ridge Communications | 4045 W QUAIL AVE STE 7 | LAS VEGAS, NV 89118 | | | | $135 |
| Carpenter, Neil | 3080 WADSWORTH BLVD | WHEATRIDGE, CO 80033 | | | | $290 |
| ==Casino Transportation== | ==18301 W Colfax #Z== | ==Golden, CO 80401== | | | | ==$21,000== |
| Catalina Lamp & Shade | 9917 GIDLEY STREET | EL MONTE, CA 91731 | | | | $94 |
| CBS Outdoor | P O Box 33074 | Newark, NJ 07188-0074 | | | | $17,382 |