IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| CENTAUR, LLC et al.,[1] | : |
| | : Case No. 10-10799 (KJC) |
| Reorganized Debtors. | : |
| | : (Jointly Administered) |
| | : |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 6, 2011 AT 2:00 P.M. (EASTERN TIME)**

I. **CONTINUED MATTERS:**

1. Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition, Filed by Madison County (Indiana) Treasurer, filed April 1, 2011 [Docket No. 293] (Case No. 09-13760)

   Response Deadline:

   April 8, 2011 at 4:00 p.m.

   Related Documents:

   None.

   Response(s) Received:

   a) Debtors' Objection to Madison County Treasurer's Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition, filed on April 8, 2011 [Docket No. 1525] (Case No. 10-10799]

   Status:

   The Debtors have requested that this matter be continued to the omnibus hearing scheduled on November 3, 2011 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Centaur, LLC (8148); Centaur Colorado, LLC (9131); Centaur Indiana, LLC; Centaur Racing, LLC; Hoosier Park, L.P. (0820); HP Dining & Entertainment, LLC; Centaur Pennsylvania, LLC; VVD Properties General Partner, LLC; Valley View Downs GP, LLC; VVD Properties, LP (6808); Valley View Downs, LP (1028); Centaur PA Land Management, LLC; Centaur PA Land General Partner, LP; and Centaur PA Land, LP. Debtors Centaur PA Land, LP and Valley View Downs, LP filed their chapter 11 petitions on October 28, 2009. The remaining Debtors filed their chapter 11 petitions on March 6, 2010.

2. Debtor's Sixth Omnibus Objection (Substantive) to Certain Claims, filed on July 7, 2011 [Docket No. 1737]

Response Deadline:

August 2, 2011 at 4:00 p.m. The Internal Revenue Service and Claypool Holdings, LLC claims were granted an extension to respond to September 29, 2011 at 4:00 p.m.

Related Documents:

a) Notice of Submission of Proof of Claim Regarding Debtors' Sixth Omnibus Objection (Substantive) to Certain Claims, filed on July 26, 2011 [Docket No. 1779]

b) Notice of Partial Withdrawal of Debtor's Sixth Omnibus Objection (Substantive) Solely as it Relates to Proof of Claim No. 92, filed on August 2, 2011 [Docket No. 1798]

c) Order Sustaining Debtor's Sixth Omnibus Objection (Substantive) to Certain Claims, filed on August 8, 2011 [Docket No. 1809]

d) Certification of Counsel Regarding Order Sustaining Debtors' Sixth Omnibus Objection (Substantive) as to Claim Number 153 of Claypool Holdings, LLC, filed on September 22, 2011 [Docket No. 1945]

Response(s) Received:

a) Black Hawk/Central City Sanitation District's Response to Debtor's Sixth Omnibus Objection (Substantive) to Certain Claims: Overstated Claim, filed on July 22, 2011 [Docket No. 1774]

Status:

The objection to the claim of Black Hawk/Central City Sanitation District has been withdrawn. A revised order with respect to the claims of Claypool Holdings, LLC has been submitted under a certification of counsel. The parties agree to continue the claim of the Internal Revenue Service to the omnibus hearing scheduled on November 3, 2011 at 11:00 a.m. All other claims have been resolved.

Dated: October 4, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
L. John Bird (No. 5310)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

-and-

Gerard Uzzi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

-and-

Michael C. Shepherd
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for the Reorganized Debtors