# United States Bankruptcy Court
## District of Delaware

In Re: Centaur, LLC
Case No: 10-10799 (Jointly Administered)
Entity Name: Centaur, LLC
Case No: 10-10799

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. CGR-000256 HAS BEEN FILED IN CENTAUR, LLC, DEBTOR CASE NO. 10-10799, or deemed filed under 11 U.S.C. § 111I(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Special Situations Investing Group, Inc.**

Name and address where notices to
transferee should be sent:

Special Situations Investing Group, Inc.
200 West Street
New York, NY 10282
Email: ficc-ny-closers@gs.com
Tel: (212) 902-1040
Fax: (212) 326-2608

Copy to:
Andrew Caditz
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302

Phone: 212-902-1040
Last Four Digits of Acct #:     N/A

Name of Transferor:
**Credit Suisse Loan Funding LLC**

Court Claim # : CGR-000256
Filed Amount of Claim:          $28,854,921.96
Amount of Claim Transferred:    $28,854,921.96
Date Claim Filed: June 30, 2010

Name and Address of Transferor:

Credit Suisse Loan Funding LLC
11 Madison Avenue
New York, NY 10011

Phone: 212-538-2905
Last Four Digits of Acct. #:    N/A

Name and Address where transferee payments should be
sent (if different from above):

Phone                N/A
Last Four Digits of Acct #:      N/A

I declare under penalty of perjury that the information provide in this notice is true and correct to the best of my
knowledge and belief.
By: _____       Date: _____

*Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C. 152&3571*

--DEADLINE TO OBJECT TO TRANSFER--

NYC:228089.2

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:

_____        _____
                                       **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

To: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Special Situations Investing Group, Inc.

Credit Suisse Loan Funding LLC ("Seller"), with offices located at 11 Madison Avenue, New York, NY 10011 for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Secondary Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Special Situations Investing Group, Inc., with offices located at 200 West Street, New York, NY 10282 ("Buyer"), all right, title and interest in and to, the claims of Seller against Centaur, LLC, in respect of the Specified Hedging Agreements (as defined in the Plan) between Credit Suisse International and Centaur, LLC, in an amount not less than $28,854,921.96, which claim includes the proof of claim number CGR-000256 in the Chapter 11 case of *In re Centaur, LLC*, Case No. 10-10799 (KJC) pending in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the United States Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the claim as an unconditional assignment and sale, and Buyer herein as the valid owner of the claim. You are hereby requested to make all future payments and distributions of any kind or form, and to give all notices and other communications, in respect of the claim to Buyer.

IN WITNESS WHEREOF, dated as of the 8th day of September 2011.

| SELLER: | BUYER: |
|---|---|
| CREDIT SUISSE LOAN FUNDING LLC | SPECIAL SITUATIONS INVESTING GROUP, INC. |
| By: /s/ Gil Golan, Authorized Signatory | By: _____ |
| Name: | Name: |
| Title: | Title: |
| By: /s/ Douglas DiBella, Authorized Signatory | |
| Name: Douglas DiBella | |
| Title: Authorized Signatory | |

## EVIDENCE OF TRANSFER OF CLAIM

To: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Special Situations Investing Group, Inc.

Credit Suisse Loan Funding LLC ("Seller"), with offices located at 11 Madison Avenue, New York, NY 10011 for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Secondary Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Special Situations Investing Group, Inc., with offices located at 200 West Street, New York, NY 10282 ("Buyer"), all right, title and interest in and to, the claims of Seller against Centaur, LLC, in respect of the Specified Hedging Agreements (as defined in the Plan) between Credit Suisse International and Centaur, LLC, in an amount not less than $28,854,921.96, which claim includes the proof of claim number CGR-000256 in the Chapter 11 case of *In re Centaur, LLC*, Case No. 10-10799 (KJC) pending in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the United States Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the claim as an unconditional assignment and sale, and Buyer herein as the valid owner of the claim. You are hereby requested to make all future payments and distributions of any kind or form, and to give all notices and other communications, in respect of the claim to Buyer.

IN WITNESS WHEREOF, dated as of the 8th day of September 2011.

| SELLER: | BUYER: |
|---|---|
| CREDIT SUISSE LOAN FUNDING LLC | SPECIAL SITUATIONS INVESTING GROUP, INC. |
| By:_____<br>Name:<br>Title: | By:_____<br>Name:<br>Title: BRIAN M HIGGINS<br>AUTHORIZED SIGNATORY |
| By:_____<br>Name:<br>Title: | |